Case No. 1:17-cv-02493-RM-KMT   Document 79-1   filed 05/11/18   USDC Colorado   pg 1 of 8
2:10-cr-20005-NGE-DAS   Doc # 114   Filed 11/04/11   Pg 1 of 43   Pg ID 670

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,

                    **HONORABLE NANCY G. EDMUNDS**

  v.

                    **No.** 10-CR-20005

**UMAR FAROUK ABDULMUTALLAB,**

        Defendant.
_____/


**JURY TRIAL - VOLUME 5**

**Wednesday, October 12, 2011**


Appearances:

| | |
|---|---|
| Mr. Jonathan Tukel | Mr. Umar Farouk Abdulmutallab |
| Ms. Cathleen M. Corken |   In Pro Per |
| Mr. Michael C. Martin | |
| 211 W. Fort Street, #2300 | Mr. Anthony Chambers |
| Detroit, Michigan 48226 | Law Offices of Anthony Chambers |
|   On behalf of Plaintiff | 535 Griswold, Suite 1330 |
| | Detroit, Michigan 48226 |
| |   Standby Counsel on behalf of Defendant |

                - - -

*To obtain a certified transcript, contact:*
*Suzanne Jacques, Official Court Reporter*
*jacques@transcriptorders.com*

*Proceedings recorded by mechanical stenography.*
*Transcript produced by computer-aided transcription.*

*10/12/2011  Jury Trial -  Volume 5*

# I N D E X

- - -

<u>Proceeding</u>                                                              <u>Page</u>

Jury Trial and Plea Hearing                                              3

*Case No. 10-CR-20005  USA v. Abdulmutallab*

Case No. 1:17-cv-02493-RM-KMT   Document 79-1   filed 05/11/18   USDC Colorado   pg 3 of 8
2:10-cr-20005-NGE-DAS   Doc # 114   Filed 11/04/11   Pg 25 of 43   Pg ID 694
25
*10/12/2011  Jury Trial - Volume 5*

```
 1  tell us in your own words what it is that you actually did
 2  that makes you believe you are guilty of these charges, and
 3  I think the best way to proceed is to ask Mr. Tukel to go
 4  through the elements and ask you questions to establish the
 5  factual basis.
 6              MR. CHAMBERS:  If I may, Your Honor, I believe
 7  having spoken with Mr. Abdulmutallab, that he has a
 8  statement and it's all encompassing which will cover, I
 9  believe, all of the counts, and then perhaps there's some
10  questions after.
11              THE COURT:  All right.
12              MR. CHAMBERS:  But he, I believe, can make the
13  elements of the offenses pretty much in one statement.
14              THE COURT:  All right.
15              MR. TUKEL:  That's fine with me, Your Honor.
16              THE COURT:  All right.  Go ahead,
17  Mr. Abdulmutallab.
18                                                 (10:25 a.m.)
19              THE DEFENDANT:  In the name of Allah, the most
20  merciful, if I were to say I the father did not do it, but
21  my son did it and he conspired with the holy spirit to do
22  it, or if I said I did it but the American people are guilty
23  of the sin, and Obama should pay for the crime, the Court
24  wouldn't accept that from me or anyone else.
25              In late 2009, in fulfillment of a religious
```

Case No. 1:17-cv-02493-RM-KMT   Document 79-1   filed 05/11/18   USDC Colorado   pg 4 of 8
2:10-cr-20005-NGE-DAS   Doc # 114   Filed 11/04/11   Pg 26 of 43   Pg ID 695

*10/12/2011  Jury Trial - Volume 5*                                    26

1   obligation, I decided to participate in jihad against the
2   United States.  The Koran obliges every able Muslim to
3   participate in jihad and fight in the way of Allah, those
4   who fight you, and kill them wherever you find them, some
5   parts of the Koran say, an eye for an eye, a tooth for a
6   tooth.
7               I had an agreement with at least one person
8   to attack the United States in retaliation for U.S. support
9   of Israel and in retaliation of the killing of innocent and
10  civilian Muslim populations in Palestine, especially in the
11  blockade of Gaza, and in retaliation for the killing of
12  innocent and civilian Muslim populations in Yemen, Iraq,
13  Somalia, Afghanistan and beyond, most of them women,
14  children, and noncombatants.
15              As a result, I traveled to Yemen and
16  eventually to the United States, and I agreed with at least
17  one person to carry an explosive device onto an aircraft and
18  attempt to kill those onboard and wreck the aircraft as an
19  act of jihad against the United States for the U.S. killing
20  of my Muslim brothers and sisters around the world.
21              I was greatly inspired to participate in
22  jihad by the lectures of the great and rightly guided
23  mujahideen who is alive, Sheikh Anwar al-Awlaki, may Allah
24  preserve him and his family and give them victory, Amin, and
25  Allah knows best.

Case No. 1:17-cv-02493-RM-KMT   Document 79-1   filed 05/11/18   USDC Colorado   pg 5 of 8
2:10-cr-20005-NGE-DAS   Doc # 114   Filed 11/04/11   Pg 27 of 43   Pg ID 696
10/12/2011  Jury Trial - Volume 5
27

```
 1              Participation in jihad against the United
 2   States is considered among the most virtuous of deeds in
 3   Islam and is highly encouraged in the Koran; however,
 4   according to U.S. law, which is unjust and oppressive
 5   according to the Koran, my actions make me guilty of a crime
 6   in the United States, in particular, the following counts in
 7   my indictment.  Count 1, conspiracy to commit an act of
 8   terrorism transcending national boundaries, so by me
 9   traveling to Yemen, then to Djibouti, to Ethiopia, Ghana,
10   Nigeria, the Netherlands, and eventually the United States,
11   with an agreement with at least one person to carry an
12   explosive device in an attempt to kill those onboard for the
13   U.S. killing of innocent Muslims, I'm guilty in U.S. law of
14   this count.
15              Count 2, possession of a firearm or
16   destructive device in the furtherance of a crime of
17   violence, I carried with me an explosive device onto
18   Northwest 253, again, to avenge the killing of my innocent
19   Muslim brothers and sisters by the U.S.  So I am guilty in
20   U.S. law of this count.
21              Count 3, attempted murder within the special
22   aircraft jurisdiction of the United States, again, in
23   retaliation for U.S. support of Israel and Israel massacres
24   of innocent Palestinians, so I am guilty of this count, too.
25              Count 4, use and carrying of a firearm,
```

Case No. 1:17-cv-02493-RM-KMT Document 79-1 filed 05/11/18 USDC Colorado pg 6 of 8
2:10-cr-20005-NGE-DAS Doc # 114 Filed 11/04/11 Pg 28 of 43 Pg ID 697
28
10/12/2011 Jury Trial - Volume 5

1  destructive device during and in relation to a crime of
2  violence by carrying an explosive device and attempting to
3  use it on Flight 253 for the U.S. killing of innocent
4  Muslims, I am guilty of this count, too.
5             Count 5, willfully placing a destructive
6  device in and upon, in proximity to a civil aircraft which
7  was used and operated in interstate, overseas, and foreign
8  air commerce which was likely to have endangered the safety
9  of such aircraft, I intentionally carried an explosive
10 device onto Flight 253, for the United States tyranny and
11 oppression of Muslims, so I am guilty of this count in U.S.
12 law, but not in the Koran.
13            Count 6, possession of a firearm/destructive
14 device in furtherance of a crime of violence.  I was in
15 possession of an explosive device intended for use against
16 the United States for U.S. interference in Muslim countries,
17 so I am guilty in U.S. law of this count.
18            Count 7, attempted use of a weapon of mass
19 destruction, I attempted to use an explosive device which in
20 the U.S. law is a weapon of mass destruction, which I call a
21 blessed weapon to save the lives of innocent Muslims, for
22 U.S. use of weapons of mass destruction on Muslim
23 populations in Afghanistan, Iraq, Yemen, and beyond.  So I
24 am guilty in U.S. law of this count and innocent in Muslim
25 law.

Case No. 1:17-cv-02493-RM-KMT   Document 79-1   filed 05/11/18   USDC Colorado   pg 7 of 8
2:10-cr-20005-NGE-DAS   Doc # 114   Filed 11/04/11   Pg 29 of 43   Pg ID 698
10/12/2011  Jury Trial - Volume 5
29

1   Count 8, willful attempt to destroy and wreck
2   a civil aircraft, I intended to wreck a civil aircraft for
3   the U.S. wreckage of Muslim lands and property, so I am
4   guilty in U.S. law of this count.
5   The United States -- the United States should
6   be warned that if they continue and persist in promoting the
7   blasphemy of Muhammad and the prophets, peace be upon them
8   all, and the U.S. continues to kill and support those who
9   kill innocent Muslims, then the U.S. should await a great
10  calamity that will befall them through the hands of the
11  mujahideen soon by God's willing permission.  Or God will
12  strike them directly with a great calamity soon by his will,
13  Amin.
14  If you laugh at us now, we will laugh at you
15  later in this life and on the day of judgment by God's will,
16  and our final call is all praise to Allah, the lord of the
17  universe, Allahu Akbar.
18  **THE COURT:**  Mr. Tukel, do you have additional
19  questions you'd like to pose to Mr. Abdulmutallab?
20  **MR. TUKEL:**  I do have a few questions, Your Honor.
21  Mr. Abdulmutallab, as to the first count
22  where you described your activity in Yemen, that activity in
23  Yemen began in approximately August of 2009 and continued
24  until early December 2009, correct?
25  **THE DEFENDANT:**  That's right.

Case No. 1:17-cv-02493-RM-KMT   Document 79-1   filed 05/11/18   USDC Colorado   pg 8 of 8
2:10-cr-20005-NGE-DAS   Doc # 114   Filed 11/04/11   Pg 43 of 43   Pg ID 712
10/12/2011  Jury Trial - Volume 5

**C E R T I F I C A T I O N**

I, Suzanne Jacques, official court reporter for the United States District Court, Eastern District of Michigan, Southern Division, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a correct transcript of the proceedings in the above-entitled cause on the date hereinbefore set forth.

I do further certify that the foregoing transcript has been prepared by me or under my direction.

s/ Suzanne Jacques                           October 12, 2011
Suzanne Jacques                              Date
Official Court Reporter

- - -

*Case No. 10-CR-20005   USA v. Abdulmutallab*