

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☒ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

---

Office of the Warden                    Florence, CO 81226

March 27, 2018

NOTICE TO:   UMAR ABDULMUTALLAB, REG. NO. 44107-039

FROM:   P. Klein, Acting Warden

SUBJECT:   **Notification of Extension of Special Administrative Measures (SAM)**

## SUMMARY

The United States Attorney for the Eastern District of Michigan (USA/EDMI) and the Federal Bureau of Investigation (FBI) request that the Special Administrative Measures (SAM) be renewed. You were convicted of various terrorism-related crimes in connection with the attempted Christmas Day bombing of a passenger airplane bound for Detroit in December 2009. Based upon the information provided by the USA/EDMI and the FBI, pursuant to 28 C.F.R. § 501.3, there continues to be a substantial risk that your communications or contacts with persons could result in death or serious bodily injury to persons, or substantial damage to property that would entail the risk of serious bodily injury to persons. Therefore, we will continue to implement the SAM to restrict your access to the mail, the telephone, visitors, other inmates, and the media. The SAM will commence immediately upon expiration of the prior SAM authorization period and will be in effect for a period of one year, subject to further direction.

## PROCEDURAL HISTORY

On October 12, 2011, you pled guilty to conspiracy to commit an act of terrorism transcending national boundaries, attempted murder, willfully placing a destructive device in proximity to a civil aircraft, attempted use of a weapon of mass destruction, willfully attempting to destroy and wreck a civil aircraft, and possessing or using a destructive device in furtherance of or during a crime of violence. On February 16, 2012, you were sentenced to a term of imprisonment of life without the possibility of parole. You are currently housed with the Federal Bureau of Prisons (BOP) at ADX Florence. Because of your proclivity for violence, the Attorney General placed you under SAM.

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 2

## FACTUAL BACKGROUND

### A.   Abdulmutallab's Criminal Conduct

You, a man from a wealthy Nigerian family, became interested in the online teachings of Anwar al-Awlaki, a United States-born radical imam and operational leader of al Qaeda in the Arabian Peninsula (AQAP), while studying at University College in London, where you earned an engineering degree in 2008. In the summer of 2009, you traveled to Yemen, made contact with al-Awlaki, stayed in his home, and received training at an al Qaeda camp in Yemen. You made clear to al-Awlaki your willingness to conduct a martyrdom operation or any other terrorist act that you might be asked to undertake.

At al-Awlaki's request, you agreed to carry out a martyrdom mission by bombing an aircraft over the United States. You were subsequently trained in the operation of a bomb built into a pair of underwear. On December 6, 2009, you were given that bomb. In a portion of a martyrdom video recorded prior to your departure for Yemen for your suicide mission that was subsequently released by al Qaeda, you, who was praised in the video as a hero, exhorts the "Muslim brothers in the Arabian Peninsula" to "answer the call of Jihad, because the enemy is in your land, along with their Jewish and Christian armies."

After leaving Yemen, you traveled to Ghana, Nigeria, and then to Amsterdam. At the airport in Amsterdam, you were able to clear airport security and permitted to board the Detroit-bound plane. During the flight, you fasted as a part of a purification ritual prior to your "martyrdom mission" and spent a significant amount of time in the bathroom at the end of the flight, praying and preparing to die. After returning to your seat, and as the aircraft began its descent into Detroit, you detonated the bomb. Nearby passengers heard a loud noise and then saw smoke and fire coming from your lap. Although you had detonated the bomb, it did not function as intended. Subsequent investigation by the FBI revealed that the bomb concealed in your underwear consisted of Triacetone Triperoxide (TATP) and Pentaerythritol Tetranitrate (PETN), both of which are highly explosive. The TATP exploded, resulting in a large fireball around you, but the PETN, which was the main charge, did not explode. Passengers and flight attendants were able to put out the fire with extinguishers and subdue you.

After the plane landed, Customs and Border Protection officers took you into custody. At the time of your arrest, you told the officers that you were acting on behalf of al Qaeda and that you had intended to "bring the plane down" over the United States. You later provided the FBI with extensive details about the explosive device, the bombmaker, and how and when you had been radicalized. When asked if you still had an obligation to commit jihad in light of the fact that your martyrdom mission had failed, you replied that the obligation to jihad still existed.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 3

On December 15, 2010, you were charged in a superseding indictment with eight counts of terrorism-related offenses, as described above. On October 12, 2011, the second day of trial, you entered a plea of guilty to all counts of the superseding indictment without the benefit of a plea agreement. You showed no remorse during the plea proceedings and stated that you had "[a]ttempted to use an explosive device which in the U.S. law is a weapon of mass destruction, [but] which I call a blessed weapon..." You continued, "The United States should be warned that if they continue and persist in promoting the blasphemy of Muhammad and the prophets... [and] the U.S. continues to kill and support those who kill Muslims, then the U.S. should await a great calamity that will befall them through the hands of the mujahideen soon by God's willing permission." On February 16, 2012, you were sentenced to multiple consecutive life sentences, plus a consecutive fifty years in prison. During sentencing, you shouted "God is great" after each clip of a video showing an FBI mockup of your explosive device being detonated. You also stated that you and others should be "proud to kill in the name of God."

**B.     Abdulmutallab's Post-Arrest Conduct**

Your conduct and your statements throughout the criminal proceedings reveal an abiding commitment to violence against the United States as a religious obligation. You only failed in your suicide mission because of a technical problem with the bomb. You have never expressed any regret or remorse for your conduct, but instead view your crimes as compelled by religious duty. Further, you believe that you and others have a continuing obligation to carry out such crimes. According to the USA/EDMI, there is no reason to believe that in the time since you were sentenced, you have renounced these deeply held beliefs. The USA/EDMI believes that in light of your belief that jihad is the sacred duty of all Muslims, it is likely that if you were able to freely communicate, you would exhort others to commit violent acts to fulfill that duty.

## CONCLUSION

Based upon information provided of your proclivity for violence, particularly your continuing commitment to jihad; your conduct under SAM that demonstrates your willingness and ability to cause death or injury to others; and your past violation of the SAM that demonstrates your willingness and ability to cause death or injury to others, it was found that there is substantial risk that your communications or contacts with persons could result in death or serious bodily injury to persons, or substantial damage to property that would entail the risk of serious bodily injury to persons. Accordingly, we will continue to implement the SAM set forth below in order to restrict your access to the mail, the telephone, visitors, other inmates, and the media.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 4

1) **General Provisions**

   a) **Adherence to Usual United States Marshals Service (USMS), BOP, and Detention Facility (DF) Policy Requirements** – In addition to the below-listed SAM, you must comply with all usual USMS, BOP, and non-BOP DF policies regarding restrictions, activities, privileges, communications, etc. If there is a conflict between USMS/BOP/DF policies and the SAM, as set forth herein, where the SAM are more restrictive than usual USMS/BOP/DF policies, then the SAM shall control. If usual USMS/BOP/DF policies are more restrictive than the SAM, then USMS/BOP/DF policies shall control.

   b) **Interim SAM Modification Authority** – During the term of this directive, the Director, Office of Enforcement Operations (OEO), Criminal Division, may modify your SAM as long as any SAM modification authorized by OEO:

   i) Does not create a more restrictive SAM;

   ii) Is not in conflict with the request of the USA/EDMI, FBI, USMS/BOP/DF, or applicable regulations; and

   iii) Is not objected to by the USA/EDMI, FBI, or USMS/BOP/DF.

   c) **Inmate Communication Prohibitions** –

   i) You are limited, within the USMS/BOP/DF's reasonable efforts and existing confinement conditions, from having contact (including passing or receiving any oral, written, or recorded communications) with any other inmate, visitor, attorney, or anyone else, except as outlined and allowed by this document, that could reasonably foreseeably result in you communicating (sending or receiving) information that could circumvent the SAM's intent of significantly limiting your ability to communicate (send or receive) threatening or other terrorism-related information.

   ii) The USMS/BOP/DF may permit you to communicate with other non-terrorism SAM inmates orally only during certain predesignated times, the place and duration to be set by the USMS/BOP/DF. You shall not have any physical contact with other inmates during this predesignated time, and all such predesignated sessions may be monitored and/or recorded. Upon request of the FBI, a copy of the recordings will be provided by the USMS/BOP/DF to the FBI to be analyzed for indications that you are attempting to pass messages soliciting or encouraging acts of terrorism, violence or other crimes.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 5

    d) **Use of Interpreters/Translators by the USMS/BOP/DF** – Interpreter/translator approval requirement:

        i) The USMS/BOP/DF may use Department of Justice (DOJ) approved interpreters/translators as necessary for the purpose of facilitating communication with you.

        ii) No person shall act as an interpreter/translator without prior written clearance/approval from the USMS/BOP/DF, which shall only be granted after consultation with the FBI and USA/EDMI.

        iii) Interpreters/translators utilized by the USMS/BOP/DF shall not be allowed to engage in, or overhear, unmonitored conversations with you. Interpreters/translators shall not be alone with you, either in a room or on a telephone or other communications medium.

2) **Attorney-Client Provisions**

    a) **Attorney[1] Affirmation of Receipt of the SAM Restrictions Document** – Your attorney (or counsel) – individually by each if more than one – must sign an affirmation acknowledging receipt of the SAM restrictions document. By signing the affirmation, the attorney acknowledges his or her awareness and understanding of the SAM provisions and his or her agreement to abide by these provisions, particularly those that relate to contact between you and your attorney and the attorney's staff. The signing of the affirmation does not serve as an endorsement of the SAM or the conditions of confinement, and does not serve to attest to any of the factors set forth in the conclusions supporting the SAM. However, in signing the affirmation, your attorney and precleared staff[2] acknowledge the restriction that they will not forward third-party messages to or from you.

---

[1] The term "attorney" refers to the inmate's attorney of record, who has been verified and documented by the USA/EDMI, and who has received and acknowledged receipt of the SAM restrictions document. As used in this document, "attorney" also refers to more than one attorney where the inmate is represented by two or more attorneys, and the provisions of this document shall be fully applicable to each such attorney in his or her individual capacity.

[2] "Precleared" when used with regard to an attorney's staff, or "precleared staff member," refers to a co-counsel, paralegal, or investigator who is actively assisting the inmate's attorney with the inmate's post-sentencing proceedings, who has submitted to a background check by the FBI and USA/EDMI, who has successfully been cleared by the FBI and USA/EDMI, and who has received a copy of the inmate's SAM and has agreed – as evidenced by his or her signature – to adhere to the SAM restrictions and requirements. As used in this document, "staff member" also refers to more than one staff member, and the provisions of this document shall be fully applicable to each such staff member in his or her individual capacity.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 6

    i)    The USA/EDMI shall present, or forward, the attorney affirmation of receipt of the SAM restrictions document to your attorney.

    ii)   After initiation of the SAM and prior to your attorney being permitted to have attorney-client privileged contact with you, your attorney shall execute a document affirming receipt of the SAM restrictions document and return the original to the USA/EDMI.

    iii)  The USA/EDMI shall maintain the original of the SAM acknowledgment document and forward a copy of the signed document to OEO in Washington, D.C., and the USMS/BOP/DF.

b) **Attorney Use of Interpreters/Translators** –

    i)    **Necessity Requirement** – No interpreter/translator shall be utilized unless absolutely necessary where you do not speak a common language with the attorney. Any interpreter/translator shall be precleared.[3]

    ii)   **Attorney Immediate Presence Requirement** – Any use of an interpreter/translator by the attorney shall be in the physical and immediate presence of the attorney – i.e., in the same room. The attorney shall not patch through telephone calls, or any other communications, to or from you.

    iii)  **Translation of Inmate's Correspondence** – An attorney of record may only allow a precleared interpreter/translator to translate your correspondence as necessary for attorney-client privileged communication.

c) **Attorney-Client Privileged Visits** – Attorney-client privileged visits may be contact or non-contact, at the discretion of the USMS/BOP/DF.

d) **Attorney May Disseminate Inmate Conversations** – Your attorney may disseminate the contents of your communications to third parties for the sole purpose of providing necessary legal services related to your post-sentencing proceedings – and not for any other reason – on the understanding that any

---

[3] "Precleared," when used with regard to an interpreter/translator, refers to an interpreter/translator who is actively assisting the inmate's attorney with the inmate's post-sentencing proceedings, who has submitted to a background check by the FBI and USA/EDMI, who has successfully been cleared by the FBI and USA/EDMI, and who has received a copy of the inmate's SAM and has agreed – as evidenced by his or her signature – to adhere to the SAM restrictions and requirements.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 7

    such dissemination shall be made solely by your attorney, and not by the attorney's staff.

  e) **Unaccompanied Attorney's Precleared Paralegal(s) May Meet With Client** – Your attorney's precleared paralegal(s) may meet with you without the need for your attorney to be present. These meetings may be contact or non-contact, at the discretion of the USMS/BOP/DF.

  f) **Simultaneous Multiple Legal Visitors** – You may have multiple legal visitors provided that at least one of the multiple legal visitors is your attorney or precleared paralegal. These meetings may be contact or non-contact, at the discretion of the USMS/BOP/DF. An investigator or interpreter/translator may not meet alone with you.

  g) **Legally Privileged Telephone Calls** – The following rules refer to all legally privileged telephone calls or communications:

    i) **Inmate's Attorney's Precleared Staff May Participate in Inmate Telephone Calls** – Your attorney's precleared staff are permitted to communicate directly with you by telephone, provided that your attorney is physically present and participating in the legal call as well.

    ii) **Inmate's Initiation of Legally Privileged Telephone Calls** – Your initiated telephone communications with your attorney or precleared staff are to be placed by a USMS/BOP/DF staff member and the telephone handed over to you only after the USMS/BOP/DF staff member confirms that the person on the other end of the line is your attorney. This privilege is contingent upon the following additional restrictions:

      (1) Your attorney will not allow any non-precleared person to communicate with you, or to take part in and/or listen to or overhear any communications with you.

      (2) Your attorney must instruct his or her staff that:

        (a) Your attorney and precleared staff are the only persons allowed to engage in communications with you.

        (b) Your attorney's staff (including the attorney) are not to patch through, forward, transmit, or send your calls, or any other communications, to third parties.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 8

    (3)    No telephone call/communication, or portion thereof, except as specifically authorized by this document:

        (a)    Is to be overheard by a third party.[4]

        (b)    Will be patched through, or in any manner forwarded or transmitted to a third party.

        (c)    Shall be divulged in any manner to a third party, except as otherwise provided in Section 2.d. above.

        (d)    Shall be in any manner recorded or preserved.[5] Your attorney may make written notes of attorney-client privileged communications.

    (4)    If the USMS/BOP/DF, FBI, or USA/EDMI determines that you have used or are using the opportunity to make a legal call to speak with another inmate or for any other non-legal reason that would circumvent the intent of the SAM, your ability to contact your attorney by telephone may be suspended or eliminated.

h)    **Documents Provided by Attorney to Inmate** – During a visit, your attorney may provide you with, or review with you, documents related to your post-sentencing proceedings and/or material prepared by your attorney related to such proceedings, so long as any of the foregoing documents are translated, if translation is necessary, by a precleared interpreter/translator. Any document not related to your post-sentencing proceedings must be sent to you via general correspondence and will be subject to the mail provisions of subparagraphs 2.i. and 3.g. Documents previously reviewed and cleared for receipt by you, and already in your possession at the outset of the visit, may be discussed or reviewed by you and your attorney during the visit.

    i)    None of the materials provided may include inflammatory materials, materials inciting violence, military training materials, or materials that may be used to pass messages from inmate to inmate, unless such materials have been precleared by the USA/EDMI and FBI.

---

[4] For purposes of the SAM, "third party" does not include officials of the USMS/BOP/DF, FBI, DOJ, or other duly authorized federal authorities when acting in connection with their official duties. This section does not allow monitoring of attorney-client privileged communications.
[5] Except by the USMS/BOP/DF, FBI, DOJ, or other duly authorized federal authorities. This section does not allow monitoring of attorney-client privileged communications.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 9

    ii) The USA/EDMI may authorize additional documents to be presented to you. If any document not listed or described above needs to be transmitted to you, consent for the transmission of the document may be obtained from the USA/EDMI without the need to formally seek approval for an amendment to the SAM.

    i) **Legal Mail**[6] – Your attorney may not send, communicate, distribute, or divulge your mail (legal or otherwise), or any portion of its contents, to third parties, except when disclosure of the contents is necessary for the sole purpose of providing necessary legal services related to your post-sentencing proceedings – and not for any other reason. In signing the SAM acknowledgment document, your attorney and precleared staff will acknowledge the restriction that only your case-related documents will be presented to you, and that your attorney and his or her staff are strictly prohibited from forwarding third-party mail to or from you.

3) **Inmate's Non-legal Contacts**

    a) **Non-legally Privileged Telephone Contacts** –

        i) You are authorized to have non-legally privileged telephone calls with your immediate family members, as well as the following persons: your step-sisters, Saadatu Modibbo Mutallab and Huriyya Nurul-Ain Lawal; your uncle, Mouftah Baba Ahmed (aka Muhammad Al Mouftah Al-Khair, aka Abuja Baba Ahmed, aka Muhammad Al-Mouftah Al-Khair Baba Ahmed); and your step-mother, Jiddah Bariratu Mutallab (hereinafter referred to as the additional authorized contacts).[7]

        ii) The quantity and duration of your non-legally privileged telephone calls with your immediate family members, as well as the additional authorized contacts identified in 3(a)(1) above, shall be set by the USMS/BOP/DF, with a minimum of one call per month.

    b) **Rules for Telephone Calls** – For all non-legally privileged telephone calls or communications, no telephone call/communication, or portion thereof:

        i) Is to be overheard by a third party.

---

[6] "Legal mail" is defined as properly marked correspondence (marked "Legal Mail") addressed to or from the inmate's attorney. All other mail, including that otherwise defined by the USMS/BOP/DF as Special Mail, shall be processed as "non-legal mail."
[7] The inmate's "immediate family members" are defined as the inmate's (USMS/BOP/DF- or FBI-verifiable) spouse, children, parents, and siblings. Requests for additional non-legal contacts may be submitted and will be considered on a case-by-case basis.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 10

    ii) Is to be patched through, or in any manner forwarded or transmitted, to a third party.

    iii) Shall be divulged in any manner to a third party.

    iv) Shall be in any manner recorded or preserved.[8]

All telephone calls shall be in English unless a fluent USMS/BOP/DF- or FBI-approved interpreter/translator is available to contemporaneously monitor the telephone call. Arranging for an interpreter/translator may require at least fourteen (14) days' advance notice.

c) **Telephone SAM Restriction Notifications** – For all non-legally privileged telephone calls to your immediate family member(s), as well as the additional authorized contacts identified in 3(a)(i) above:

    i) The USMS/BOP/DF shall inform you of the telephone SAM restrictions prior to each telephone call.

    ii) The USMS/BOP/DF shall verbally inform your immediate family member(s), as well as the additional authorized contacts identified in 3(a)(i) above, on the opposite end of your telephone communication of the SAM restrictions. The USMS/BOP/DF is only required to notify your communication recipient in English.

    iii) The USMS/BOP/DF shall document each such telephone notification.

d) **Family Call Monitoring** – All calls with your immediate family member(s), as well as the additional authorized contacts identified in 3(a)(i) above, shall be:

    i) Contemporaneously monitored by the FBI.

    ii) Contemporaneously recorded (as directed by the FBI) in a manner that allows such telephone calls to be analyzed for indications the call is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

    iii) A copy of each telephone call recording involving an inmate/immediate family member, as well as the additional authorized contacts identified in 3(a)(i) above, shall be provided by the USMS/BOP/DF to the FBI. These

---

[8] Except by the USMS/BOP/DF, FBI, DOJ, or other duly authorized federal authorities.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 11

      recordings shall be forwarded on a call-by-call basis as soon as practicable.

e) **Improper Communications** – If telephone call monitoring or analysis reveals that any call or portion of a call involving you contains any indication of a discussion of illegal activity, the soliciting of or encouraging of acts of violence or terrorism, or actual or attempted circumvention of the SAM, you shall not be permitted any further calls to your immediate family members, as well as the additional authorized contacts identified in 3(a)(i) above, for a period of time to be determined by the USMS/BOP/DF. If contemporaneous monitoring reveals such inappropriate activity, the telephone call may be immediately terminated.

f) **Non-legal Visits** –

    i) **Limited Visitors** – You shall be permitted to visit only with your immediate family members, as well as the additional authorized contacts identified in 3(a)(i) above. The visitor's identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI in advance.

    ii) **English Requirement** – All communications during non-legal inmate visits will be in English unless a fluent USMS/BOP/DF- or FBI-approved interpreter/translator is readily available to contemporaneously monitor the communication/visit. Arranging for an interpreter/translator may require at least fourteen (14) days' advance notice.

    iii) **Visit Criteria** – All non-legal visits shall be:

        (1) Contemporaneously monitored by the USMS/BOP/DF and/or FBI, in a manner that allows such visits to be analyzed for indications the visit is being used to pass messages soliciting or encouraging acts of violence or other crimes, or to otherwise attempt to circumvent the SAM.

        (2) Permitted only with a minimum of fourteen (14) calendar days' advance written notice to the USMS/BOP/DF facility where you are housed.

        (3) Without any physical contact. All such meetings shall be non-contact to protect against harm to visitors or staff.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 12

    (4) Two of your immediate family members may be allowed to visit simultaneously, provided that only one person at a time would be able to speak to you. In addition, each speaker will be required to identify him or herself prior to engaging in conversation with you. Your FBI-verified children may visit with a pre-approved adult visitor.

g) **Non-legal Mail** – Non-legal mail is any mail not clearly and properly addressed to/from your attorney and marked "Legal Mail" (incoming or outgoing). In addition to non-legal mail from your attorney, as discussed in subparagraph 2.h., non-legal mail is only authorized with your immediate family, as well as the additional authorized contacts identified in 3(a)(i) above, U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, or other federal law enforcement entities.

    i) **General correspondence with limitations** – Correspondence is only authorized with immediate family members, as well as the additional authorized contacts identified in 3(a)(i) above. The volume and frequency of outgoing general correspondence with immediate family members, as well as the additional authorized contacts identified in 3(a)(i) above, may be limited to three pieces of paper (not larger than 8 ½" by 11"), double-sided, once per calendar week to a single recipient, at the discretion of the USMS/BOP/DF. The identity and family member relationship to you will be confirmed by the USMS/BOP/DF and FBI.

    ii) **General correspondence without limitations** – There is no volume or frequency limitation on correspondence to/from U.S. courts, federal judges, U.S. Attorneys' Offices, members of U.S. Congress, the BOP, and other federal law enforcement entities, unless there is evidence of abuse of these privileges, threatening correspondence is detected, circumvention of the SAM is detected, or the quantity to be processed becomes unreasonable to the extent that efficient processing to protect the security, good order, or discipline of the institution, the public, or national security may be jeopardized.

    iii) All non-legal mail shall be –

        (1) **Copied** – Shall be copied (including the surface of the envelope) by the warden, or his or her designee, of the facility in which you are housed.

        (2) **Forwarded** – Shall be forwarded, in copy form, to the location designated by the FBI.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 13

    (3) **Analyzed** – After government analysis and approval, if appropriate, your incoming/outgoing non-legal mail shall be forwarded to the USMS/BOP/DF for delivery to you (incoming), or directly to the addressee (outgoing).

  iv) The federal government shall forward your non-legal mail to the USMS/BOP/DF for delivery to you or directly to the addressee after a review and analysis period of:

    (1) A reasonable time not to exceed fourteen (14) business days for mail that is written entirely in the English language.

    (2) A reasonable time not to exceed sixty (60) business days for any mail that includes writing in any language other than English, to allow for translation.

    (3) A reasonable time not to exceed sixty (60) business days for any mail where the federal government has reasonable suspicion to believe that a code was used, to allow for decoding.

  v) **Mail Seizure** – If outgoing/incoming mail is determined by the USMS/BOP/DF or FBI to contain overt or covert discussions of or requests for illegal activities, the soliciting or encouraging of acts of violence or terrorism, or actual or attempted circumvention of the SAM, the mail shall not be delivered/forwarded to the intended recipient, but referred to the FBI for appropriate action. You shall be notified in writing of the seizure of any mail.

4) **Communication with News Media** – You shall not be permitted to speak, meet, correspond, or otherwise communicate with any member or representative of the news media in person; by telephone; by furnishing a recorded message; through the mail, your attorney, or a third party; or otherwise.

5) **Religious Visitation**

  a) You shall not be allowed to engage in group prayer with other inmates.

  b) If a USMS/BOP/DF- and/or FBI-approved religious representative is to be present for prayer with you, the prayer shall be conducted as part of a contact or non-contact visit, at the discretion of the USMS/BOP/DF.

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 14

6) **No Communal Cells and No Communication Between Cells**

   a)   You shall not be allowed to share a cell with another inmate.

   b)   You shall be limited within the USMS/BOP/DF's reasonable efforts and existing confinement conditions, from communicating with any other inmate by making statements audible to other inmates or by sending notes to other inmates, except as permitted in Section 1.c, above.

7) **Cellblock Procedures**

   a)   You shall be kept separated from other inmates as much as possible while in the cellblock area.

   b)   You shall be limited, within the USMS/BOP/DF's reasonable efforts and existing confinement conditions, from communicating with any other inmate while in the cellblock area.

8) **Access to Mass Communications** – To prevent you from receiving and acting upon critically timed information or information coded in a potentially undetectable manner, your access to materials of mass communication is restricted as follows:

   a)   **Publications/Newspapers** –

      i)    You may have access to publications determined not to facilitate criminal activity or be detrimental to national security; the security, good order, or discipline of the institution; or the protection of the public. This determination is to be made by the USMS/BOP/DF, in consultation with the USA/EDMI. You may correspond with the publishing company regarding technical aspects of the publication, i.e., availability of particular volumes, billing questions, etc. The review of this correspondence will be in accordance with section 8(a)(iii), below.

      ii)   Sections of any publication/newspaper that offer a forum for information to be passed by unknown and/or unverified individuals, including but not limited to, classified advertisements and letters to the editor, should be removed from the publications/newspapers prior to distribution to you.

      iii)  If restricted by the USMS/BOP/DF rules, access to a publication will be denied. If acceptable, upon delivery, the USMS/BOP/DF will review the publication and make the initial determination. If the FBI's expertise is required, the publication will be forwarded to the FBI for review. The USMS/BOP/DF will also forward the publication to the FBI if translations

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 15

        are needed to make that determination. (In these cases, the FBI shall respond to the USMS/BOP/DF within fourteen (14) business days.) You shall then have access to the remaining portions of the publications/newspapers deemed acceptable, in accordance with USMS/BOP/DF policy.

    iv) In order to avoid passing messages/information from inmate to inmate, you shall be allowed to share institutionally purchased publications/newspapers with other SAM inmates only after each publication/newspaper is physically screened by staff to ensure that messages cannot be passed between the SAM inmates. Publications/newspapers individually purchased by you may not be shared with any other inmate.

  b) **Television and Radio** – You are authorized to have television and radio viewing and listening privileges, in accordance with standard and applicable USMS/BOP/DF policies and procedures.

  c) **Termination or Limitation** – If the USMS/BOP/DF determines that mass communications are being used as a vehicle to send messages to you relating to the furtherance of terrorist or criminal activities, your access may be limited or terminated for a period of time to be determined by the USMS/BOP/DF.

9) **Access to Books**

  a) You may have access to all books that do not facilitate criminal activity or present a substantial threat to national security or the security, discipline, or good order of the institution. This initial determination is to be made by the USMS/BOP/DF and, if the USMS/BOP/DF determines that the FBI's expertise is required, the book(s) will be forwarded to the FBI for review. In conducting its analysis, the FBI will determine whether the book advocates or promotes acts of terrorism or violence and/or whether access to the book by you would pose a substantial threat to national security.

  b) In order to avoid passing messages/information from inmate to inmate, you shall be allowed to share institutionally purchased books with other SAM inmates only after each book is physically screened by staff to ensure that messages cannot be passed between the SAM inmates. Books individually purchased by you may not be shared with any other inmate.

10) **Transfer of Custody** – In the event that you are transferred to or from the custody of the USMS, BOP, or any other DF, the SAM provisions authorized for you shall continue in effect, without need for any additional DOJ authorization.

**"Sensitive But Unclassified"**

Notification of Extension of Special Administrative Measures
Umar Abdulmutallab, Reg. No. 44107-039
March 27, 2018
Page 16

11) **Inmate's Consular Contacts** – You, a citizen of a foreign country, shall be allowed Consular communications and visits, consistent with USMS/BOP/DF policy. The Consular contacts shall comply with the U.S. Department of State (DOS) Consular notification and access requirements.[9] Prior to permitting any Consular contact, the FBI will verify the Consular representative's credentials with the DOS.

## CONCLUSION

The SAM set forth herein, especially as they relate to attorney-client privileged communications and family contact, are reasonably necessary to prevent you from committing, soliciting, or conspiring to engage in additional criminal activity. Moreover, these measures are the least restrictive that can be tolerated in light of your ability to aid, knowingly or inadvertently, in plans that create a substantial risk that your communications or contacts with persons could result in death or serious bodily injury to persons.

With respect to telephone privileges, the SAM are reasonably necessary because of the high probability of calls to co-conspirators to arrange terrorist or criminal activities.

With respect to mail privileges, the SAM are necessary to prevent you from receiving or passing along critically timed messages. Although eliminating your mail privileges entirely may be an excessive measure except in the most egregious of circumstances, it is believed that delaying mail delivery and allowing authorized personnel to examine a copy of the mail is sufficient at this time to adequately ensure that the mail is not used to deliver requests for, or to assist in, violent and/or terrorist activities. Under these procedures, you can relate personal news to family members, even if delayed, but you may find it difficult or unwise to pass along restricted information.

To the extent that the use of an interpreter/translator is necessary, the government has the right to ensure that the interpreter/translator given access to you is worthy of trust.

The SAM's prohibition of contact with the media is reasonably necessary. Communication with the media could pose a substantial risk to public safety if you

---

[9] *See* Consular Notification and Access, Instructions for Federal, State, and Local Law Enforcement and Other Officials Regarding Foreign Nationals in the United States and the Rights of Consular Officials to Assist Them, DOS. The DOS contact is the Consular Notification and Outreach Division, Office of Policy Coordination and Public Affairs, DOS, telephone (202) 485-7703 or http://www.travel.state.gov/law/consular/consular_753.html.

**"Sensitive But Unclassified"**

advocate terrorist, criminal, and/or violent offenses, or if you make statements designed to incite such acts. Based upon your past behavior, it would be unwise to wait until after you solicit or attempt to arrange a violent or terrorist act to justify such media restrictions.

The SAM's limitations on access to mass communications are reasonably necessary to prevent you from receiving and acting upon critically timed messages. Such messages may be placed in advertisements or communicated through other means, such as the television and/or radio. It is believed that limiting and/or delaying media access may interrupt communication patterns you may develop with the outside world, and ensure that the media is not used to communicate information that furthers terrorist, violent, and/or criminal activities.

These conditions are imposed by the USMS/BOP/DF at the request of the Attorney General, through his designated agent, the Deputy Assistant Attorney General.

Received: March __30__, 2018
(17 pages)

_Declined to Sign_
Umar Abdulmutallab
Reg. No. 44107-039

"Sensitive But Unclassified"