

**U. S. Department of Justice**
Federal Bureau of Prisons

INSTITUTION SUPPLEMENT

OPI:        Unit Management
NUMBER:   FLM 5321.07(3)I
DATE:       May 15, 2015

# Special Security Unit (H-Unit)

*Approved:*        //s//
                   *J. Oliver, Warden*
                   ADX Florence

I.   <u>**PURPOSE AND SCOPE:**</u>  To establish operational guidelines for the Special Security Unit (H-Unit).

II.   <u>**DIRECTIVES AFFECTED:**</u>

    A.   <u>**Directives Rescinded:**</u> FLM 5321.07(3)H, Special Security Unit Program (H-Unit), dated August 8, 2013.

    B.   <u>**Directives Referenced:**</u> IS FLM 1315.07H, Legal Activities, Inmate, dated December 30, 2013.

    C.   <u>**Standards Referenced:**</u>  American Correctional Association 4th Edition Standards for Adult Correctional Institution:  None

III.   <u>**GENERAL PROCEDURES**</u>: H-Unit ordinarily houses those inmates who have Special Administrative Measures (SAM), pursuant to 28 C.F.R. §§ 501.2 or 501.3.  Prior to arrival in the unit, the unit team will review the SAM and reason(s) for placement at the ADX to determine quarter's assignment.  **All staff shall strictly adhere to restrictions outlined in the SAM when managing these inmates.**

    A.   The unit manager shall develop, implement, and maintain an Admission and Orientation Program (A&O) for all inmates assigned to the unit. Inmates will be provided an Admission and Orientation Handbook during the intake screening process.  During A&O, staff will take the opportunity to introduce policy and procedures unique to the unit and will reinforce Bureau rules and regulations.  Staff expectations will be discussed with

special emphasis given to clear conduct, respect toward staff and inmates, personal property, and sanitation.  If appropriate, the SAM will be reviewed with the inmate.

**B.**     An annual review of each inmate's SAM will be conducted four months prior to the expiration of the SAM.  Approximately 120 days prior to the expiration of the SAM, staff will obtain and document any comments and suggestions concerning possible renewal and/or modifications to the SAM from the inmate, using the format on Attachment A.  Approximately 90 days prior to the expiration of the SAM, the unit team and the supervising law enforcement agency case agent assigned to the inmate's case will meet with the inmate.  During this meeting, the inmate may provide information concerning possible renewal and/or modification of the SAM and discuss any other issues concerning the SAM.  The information obtained from the meeting with the inmate, along with the inmate's written comments and the memorandum summarizing the discussion with the inmate, will be forwarded through Legal Services, to the Warden, the Department of Justice officials responsible for making decisions concerning the renewal and/or modification of the SAM, including the appropriate United States Attorney's Office, the FBI or other relevant law enforcement agency, and the Office of Enforcement Operations in the criminal division of the United States Department of Justice, for review. The unit team will document the meeting in the Inmate Activity Record, located in section 2 of the inmate's Central File.

**C.**     **Inmate Discipline** - Inmates placed on Administrative Detention (A/D) or Disciplinary Segregation (D/S) status will be appropriately housed within the unit.  The unit manager has the authority to designate any cell in the unit as A/D or D/S status, as is appropriate.

**D.**     **Education** - The Supervisor of Education, or his/her designee, will serve as a member of the unit team and assist inmates in their academic endeavors.

**E.**     **Work Assignments** - Performance pay allocation in H-Unit supports four (4) orderly positions, which will be assigned by the unit manager.

**F.**     **Recreation** - Inmates, except those in D/S, are provided a minimum of ten (10) hours of out-of-cell recreation per week.  Those inmates in D/S are provided a minimum of five (5) hours of out-of-cell recreation per week. All out-of-cell recreation will occur within the unit, in one of the single occupancy recreation areas.  There will be occasions when institution emergencies/injuries or adverse weather interferes with the institution recreation schedule.  The Inmate Accountability Form, Attachment B, will be completed by the unit officers to document acceptance or refusal of meals, recreation, medical attention, and general comments.  The Inmate Accountability Forms will be provided to the Control Unit Team each week for filing in the inmates' Central Files.  The Inmate Accountability Form will

be purged from the Central File after one year.

On those rare occasions, the following procedures apply:

1.    The Operations Lieutenant has designated authority to cancel recreation due to an institution emergency/priority or adverse weather.

2.    The unit officers will ensure any lost recreation time is clearly noted in the unit log and this information relayed to the unit manager for monitoring.

3.    An inmate will be returned to his cell, upon his request, to use the restroom.  Anyone returning to their cell voluntarily terminates the remainder of his recreation period.

G.    **Legal Activities** - The unit team is responsible for all legal matters in the unit, i.e., visiting, telephone calls, and legal property.  The unit team, with assistance of staff from SIS, will coordinate and handle the storage and issuance of legal property.  The legal reference materials, books, pamphlets, etc. are supplied by the Education Department upon receipt of an "Inmate Request to Staff Member."  Information relating to assistance, research, and preparation of legal documents will be done in accordance with the Institution Supplement for Inmate Legal Activities, in compliance with the inmate's SAM.  The unit team, with the assistance of staff from Legal Services and SIS, will also coordinate and handle all legal visitation and legal telephone calls.  These visits will ordinarily occur between the hours of 8 a.m. and 3 p.m., Mondays, Tuesdays, or Wednesdays, except Federal holidays.  Visits for times other than the above shall be referred to the Warden for approval.

H.    **Religious Programs** - Full time institution chaplains shall provide for religious needs of inmates.  Chaplains or approved Religious Service contractors shall visit the unit on a regular basis and be available at additional times on an "as needed" basis.

I.    **Non-Legal Communication (Mail, Telephone, and Visits)**

1.    All non-legal communication will be provided in accordance with the inmates' respective SAM.

2.    The SIS technicians will search, collect, and deliver all mail. Inmates are required to pay for postage unless they are without funds.  An inmate without funds for the purposes of postage is defined as an inmate without sufficient commissary balance to purchase a paste stamp sufficient for first-class, one-ounce domestic mailing or postage for half-ounce international air mail for an inmate whose community ties require such foreign

correspondence.

**3.** Inmates will be permitted a minimum of two 15-minute non-legal telephone calls per month.  All non-legal telephone calls shall be:

    **a.** Contemporaneously monitored by the supervising law enforcement agency.

    **b.** Contemporaneously recorded by the Bureau of Prisons.

**4.** Ordinarily, the non-legal visiting hours are 8 a.m. to 3 p.m., Mondays, Tuesdays, and Wednesdays and will not occur on Federal holidays.  Ordinarily, only one inmate from the unit will be permitted in the visiting room at a time.    All non-legal visits shall be:

    **a.** Contemporaneously monitored by the supervising law enforcement agency.

    **b.** Contemporaneously recorded by the Bureau of Prisons.

    **c.** Supervised by Correctional Services staff.

**J.** **Commissary** - Inmates in H-Unit are permitted to purchase commissary once a week.  Commissary slips are distributed to the inmates weekly and must be submitted to the Officer-In-Charge prior to 8 p.m. on Monday. The unit lieutenant reviews the commissary slips prior to being submitted to the Commissary.  Commissary items will ordinarily be delivered on Tuesday.

**K.** **Barber Services** - Haircuts are provided to the inmates monthly.  Inmates will be notified when the barber is expected in the unit.  Inmates must provide an "Inmate Request To Staff Member" to the Officer-In-Charge no less than twenty-four (24) hours prior to the date the barber is scheduled to cut hair.  Ordinarily, inmates will not receive a haircut unless they have submitted an "Inmate Request To Staff Member."  Exceptions will be approved by the unit lieutenant.

**L.** **Mental Health Services** – Each Special Security Unit inmate receives a complete psychological intake evaluation within 14 days of arrival.  Mental Health reviews shall occur every thirty (30) days after arrival.  The purpose of the intake evaluations and mental health reviews are to identify the need, if any, for mental health services.  Psychology Services staff will develop an individualized treatment plan for any inmate with a demonstrated need for mental health services, which may include, but is not limited to, crisis intervention, individual or group counseling, and skills training.

**M.**     Personal property is limited to those articles listed in the local Institution Supplement on Inmate Personal Property.  It is the inmate's responsibility to maintain his property in accordance with local guidelines.  Excess property is considered contraband and will be confiscated regardless of whether or not the items were purchased through authorized means, e.g., commissary.  Staff will attempt to resolve any incoming property issues during the unit A&O process.

**N.**     Inmates in Phases One and Two of the Special Security Unit Program will consume their meals in their cells.  Inmates in Phase Three of the Special Security Unit Program will consume a minimum of one meal on the range.

**O.**     Showers are located on the ranges.  The inmates will receive a minimum of three showers per week.

## IV.     SPECIAL SECURITY UNIT PROGRAM (PROGRAM)

### A.     PURPOSE & SCOPE

**1.**     At the discretion of the Program's Screening Committee, as inmates in H-Unit demonstrate periods of clear and positive institutional adjustment, they may receive increased privileges.

**2.**     The Program is a three-phase program.  The types of privileges afforded to these inmates are determined by the phase.  The three phases and corresponding privileges are as follows:

**a.**     **Phase One** - This phase is the baseline phase of the program.  An inmate in this phase may be permitted two non-legal telephone calls per month; restricted access to art and hobby craft items; access to a restricted commissary list; and escorted shower time on their respective range three times each week.

**b.**     **Phase Two** - An inmate in this phase may be permitted three non-legal telephone calls per month; access to an expanded commissary list; access to expanded art and hobby craft items; and unescorted shower time on their respective range five times a week.

**c.**     **Phase Three** - The advancement of an inmate to this phase may be contingent upon a modification being made to the inmate's SAM.  An inmate in this phase may be permitted four non-legal telephone calls per month; to consume a minimum of one meal on the range with up to three other inmates; continued access to the expanded art and hobby craft items; access to a further expanded commissary list; and out-of-cell recreation on the range with up to three other

inmates.  Out-of-cell recreation will include the use of the outdoor, single occupancy recreation areas and unit range. The inmate will be allowed on the range for a minimum of one and one-half hours each day.  The inmate may shower at any time he is on the range.

3.      Every inmate housed in H-Unit has the opportunity to demonstrate he may be afforded additional privileges.

4.      An inmate's advancement to the next phase of the Program is a classification decision as to whether the inmate can function with additional privileges without: posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety.

5.      If the Program's Screening Committee determines additional time is needed to assess an inmate's compliant behavior to ensure that, when placed in the next phase, the inmate will not: pose a risk to institution security and good order; pose a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or pose a risk to public safety with the additional privileges, the inmate's advancement to another phase of the Program may be deferred.

B.    **REFERRAL & ELIGIBILITY FACTORS** - The unit team will review each inmate to determine eligibility for consideration for advancement to the next phase of the Program.  The review will be conducted in connection with regularly scheduled Program Reviews.  These meetings are generally referred to as "team" and the inmate is present.  These meetings are held at least once every six months.  Team meetings give staff and inmates the opportunity to discuss issues in an open format.  This is the inmate's opportunity for individual attention and he is encouraged to ask questions and discuss concerns about his advancement in the Program.

1.      **Eligibility -** Ordinarily, an inmate must meet the following factors to be eligible for consideration for advancement to the next phase of the Program:

a.      A minimum of 12 months clear conduct while housed in the unit, in the respective phase.

b.      Active participation in and completion of all programs recommended by the unit team;

c.      Positive behavior and respectful conduct towards staff and other inmates;

      **d.**    Positive overall institution adjustment to include, but not limited to, personal hygiene, cell sanitation, etc.

**2.**    **Referral -** The inmates who the unit team determines are eligible for advancement to the next phase will be referred to the Program's Screening Committee for consideration.

**C.**    **REVIEW PROCEDURE**

**1.**    The Program's Screening Committee (Committee) will review each inmate referred by the unit team to determine whether the inmate can function successfully with additional privileges without: posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety.

**2.**    The determinations made by the Committee are made on a case-by-case basis.

**3.**    Eligibility for consideration does not equate to appropriateness for advancement to the next phase of the Program.

**4.**    The advancement of an inmate to Phase Three of the Program may be contingent upon a modification being made to the inmate's SAM, and requires the Warden's approval.

**5.**    The composition of the Committee will ordinarily consist of the Warden, Associate Warden, Captain, Special Investigative Agent, Case Management Coordinator, Unit Manager, Psychologist, and Supervisory Attorney.

**6.**    The factors the Committee may consider when determining whether the inmate can safely function with additional privileges without: posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety, include, but are not limited to:

      **a.**    The inmate's conduct while housed at the ADX;

      **b.**    The inmate's participation in and completion of programs recommended by the unit team while housed at the ADX;

      **c.**    The inmate's behavior and conduct towards, and interaction with, staff and other inmates while at the ADX;

      **d.**    The inmate's overall institution adjustment, personal hygiene, and cell sanitation while at the ADX;

**e.**    The reason(s) the inmate was designated to the ADX;

**f.**    The inmate's criminal history;

**g.**    The inmate's involvement with criminal organizations, if any, and the potential safety and security threat(s) implicated by such involvement;

**h.**    The inmate's overall adjustment during his history of confinement;

**i.**    The institution's safety and security needs, including the safety and security of staff;

**j.**    The safety and security needs of the inmate;

**k.**    The safety and security needs of other inmates;

**l.**    The safety and security needs of the public;

**m.**    Any other relevant factor(s).

**7.**    The review by the Committee is not a hearing.  The inmate is not entitled to be present, to have counsel, or to call witnesses. As mentioned, the inmate may present issues concerning his advancement during his Program Reviews.  This is the inmate's opportunity for individual attention and he is encouraged to ask questions and discuss concerns.

**8.**    The final decision regarding advancement to the next phase of the program is made by the Warden.

**9.**    The unit manager will inform each inmate of the decision.  If the inmate is denied advancement to the next phase of the Program, the applicable Associate Warden will notify the inmate in writing. The notification will include the following:

**a.**    The reason(s) for the denial, unless it is determined that the release of this information could pose a threat to individual safety, national security, and/or institutional security, in which case that limited information may be withheld; and

**b.**    The inmate may appeal the decision through the Federal Bureau of Prisons' Administrative Remedy Program.

**10.**    The denial of an inmate for advancement to the next phase of the Program does not preclude the Committee from exercising its

discretion to reach a different conclusion at a future review. Provided the inmate meets the eligibility factors, the unit team will recommend the inmate for review and the inmate will be reviewed by the Committee at least every six months.

**D.    REMOVAL**

    **1.**    Inmates may be removed from any phase of the Program for the following reasons:

        **a.**    If the inmate is found guilty of committing prohibited acts by the UDC or DHO;

        **b.**    If the inmate can no longer safely function with additional privileges without: posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety, based on the factors set forth in Part C.6 above.

    **2.**    The final decision regarding removal of an inmate from any phase of the Program is made by the appropriate Associate Warden.

    **3.**    The circumstances may require the inmate to be immediately removed from the particular phase of the Program.

    **4.**    If an inmate is removed from any phase of the Program, a recommendation will be made by the unit team as to which preceding phase the inmate should be placed.  The determination will be made on a case-by-case basis.  However, inmates who are removed from a phase and found guilty by the DHO for greatest severity level incident reports (100 series) or high severity level incident reports (200 series) will be removed from the phase of the Program and subsequently assigned to Phase One.

    **5.**    The inmate will receive written notice that he is being removed from a phase of the Program.  The notice will contain the reason(s) for removal, unless it is determined that the release of this information could pose a threat to individual safety or institutional security, in which case that limited information may be withheld.  The notice will also include the recommendation of the unit team.  The inmate will have the opportunity to submit a written statement for consideration regarding whether his removal from the phase of Program is warranted and the recommendation of the unit team.

    **6.**    The inmate will receive written notice of the decision.  The written notice will include the reason(s) for the decision, unless it is determined that the release of this information could pose a threat

to individual safety or institutional security, in which case that limited information may be withheld.  The notice will also notify the inmate that he may appeal the decision through the Federal Bureau of Prisons' Administrative Remedy Program.

**DISTRIBUTION:**

**Directives Libraries**
**AFGE**

**RENEWAL OF SPECIAL ADMINISTRATIVE MEASURES (SAM)
INMATE STATEMENT**

Inmate Name: _____   Register Number: _____
Housing Unit: _____   Cell Number: _____

Date of Last SAM Renewal/Modification: _____

The Special Administrative Measures (SAM) implemented in your case, are set for expiration/renewal on or about _____.   Please provide any comments and/or recommendations concerning your SAM's possible renewal.  **You are not limited to the section provided.  You may attach continuation pages and documentation you want considered.**  Your input will be forwarded to the Office of Enforcement Operations, United States Attorney's Office, and _____ (indicate FBI or ATF) for review and consideration in determining whether your SAM should be renewed and/or modified.

**Inmate Statement:** _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**Inmate Accountability Form**

<u>United States Penitentiary, Administrative Maximum, Florence, Colorado</u>

INMATE NAME: _____   REG. NO.: _____

TEAM/CASEWORKER: _____   UNIT: _____   CELL: _____

DATE REC'D: _____   TIME REC'D: _____

DATE REL: _____   TIME REL: _____

| DATE | SHIFT | MEALS | | | SHOWER | EXERCISE | MEDICAL | COMMENTS-USE REVERSE SIDE IF NECESSARY | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | |
| SUNDAY MM/DD/YY | MORN | | | | | | | | |
| | DAY | | | | | | | | |
| | EVE | | | | | | | | |
| MONDAY MM/DD/YY | MORN | | | | | | | | |
| | DAY | | | | | | | | |
| | EVE | | | | | | | | |
| TUESDAY MM/DD/YY | MORN | | | | | | | | |
| | DAY | | | | | | | | |
| | EVE | | | | | | | | |
| WEDNESDAY MM/DD/YY | MORN | | | | | | | | |
| | DAY | | | | | | | | |
| | EVE | | | | | | | | |
| THURSDAY MM/DD/YY | MORN | | | | | | | | |
| | DAY | | | | | | | | |
| | EVE | | | | | | | | |
| FRIDAY MM/DD/YY | MORN | | | | | | | | |
| | DAY | | | | | | | | |
| | EVE | | | | | | | | |
| SATURDAY MM/DD/YY | MORN | | | | | | | | |
| | DAY | | | | | | | | |
| | EVE | | | | | | | | |

EXPLANATORY NOTES:
Meals - Yes (Y); No (N); Refused (R)
Ex: Exercise: Enter actual time period and inside or outside (i.e., 9:30/10:00 IN)(2:00/2:30 OUT)
Comments: i.e., Conduct, attitude, etc. Additional comments on reverse side must include date, signature and title.
 OIC Signature: OIC must sign all record sheets each shift.