# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: M   Race: BLACK | Facility: | FLM |
| Note Date: | 10/23/2015 13:04 | Provider: Osagie, A. MLP | Unit: | H04 |

Cosign Note - Follow up encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:** Osagie, A. MLP

Received notification from "H" unit that inmate has ended his hunger strike by taking his trays and consuming the content at lunch.  He is now requesting increased calories snack bag to help boost his weight.  MDS will be provided for 7 days order.


**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No


Completed by Osagie, A. MLP on 10/23/2015 13:14

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ABDULMUTALLAB, UMAR FAROUK | | Reg #: | 44107-039 |
| Date of Birth: ▓▓1986 | Sex: M   Race: BLACK | Facility: | FLM |
| Encounter Date: 10/23/2015 09:07 | Provider: Huddleston, R. EMT | Unit: | H04 |

Nursing - Hunger Strike Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**     **Provider:** Huddleston, R. EMT

**Chief Complaint:** Pain

**Subjective:** Inmate continuing with his hunger strike.  He has missed 40 meals as of the morning meal today.  He states he does have some dizziness and weakness.  He states he is experiencing some cramping in his legs and stomach.  He denies any arrhythmias at this time.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 10/23/2015 09:07 |
| **Location:** | Multiple Locations |
| **Quality of Pain:** | Cramping |
| **Pain Scale:** | 5 |
| **Intervention:** | None at this time. |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 3-5 Days |
| **Duration:** | 3-5 Days |
| **Exacerbating Factors:** | None |
| **Relieving Factors:** | Eating and hydrating. |
| **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/23/2015 | 09:07 FLX | 97.8 | 36.6 | Tympanic | Huddleston, R. EMT |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/23/2015 | 10:01 FLX | 90 | Via Machine | | Huddleston, R. EMT |
| 10/23/2015 | 09:07 FLX | 88 | Radial | Regular | Huddleston, R. EMT |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/23/2015 | 10:01 FLX | 16 | Huddleston, R. EMT |
| 10/23/2015 | 09:07 FLX | 16 | Huddleston, R. EMT |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/23/2015 | 10:01 FLX | 151/96 | Left Arm | Standing | Adult-regular | Huddleston, R. EMT |
| 10/23/2015 | 09:07 FLX | 133/89 | Left Arm | Sitting | Adult-regular | Huddleston, R. EMT |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | ▓▓▓1986 | Sex: M | Race: BLACK | Facility: | FLM |
| Encounter Date: | 10/23/2015 09:07 | Provider: | Huddleston, R. EMT | Unit: | H04 |

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/23/2015 | 09:07 FLX | 134.2 | 60.9 | | Huddleston, R. EMT |

**Exam:**

**General**
  **Affect**
    Yes: Flat
    No: Cooperative
  **Appearance**
    Yes: Appears Well, Alert and Oriented x 3
    No: Appears in Pain, Writhing in Pain
  **Nutrition**
    Yes: Poor food intake
    No: Within Normal Limits, Excellent food intake, Adequate food intake

**Skin**
  **General**
    Yes: Within Normal Limits, Dry, Skin Intact
    No: Tenting

**Head**
  **General**
    Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Eyes**
  **General**
    Yes: PERRLA, Extraocular Movements Intact

**Nose**
  **General**
    Yes: Nares Patent

**Lips**
  **General**
    Yes: Within Normal Limits

**Mouth**
  **General**
    Yes: Within Normal Limits
    No: Dryness
  **Mucosa**
    Yes: Within Normal Limits
    No: Dryness
  **Tongue**
    Yes: Within Normal Limits
    No: Dryness

**Neck**
  **General**
    Yes: Within Normal Limits, Trachea Midline

**Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits
    No: Respiratory Distress

**Cardiovascular**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: M   Race: BLACK | Facility: | FLM |
| Encounter Date: | 10/23/2015 09:07 | Provider: Huddleston, R. EMT | Unit: | H04 |

**Exam:**

    **Observation**

        Yes: Within Normal Limits, Normal Rate, Regular Rhythm

    **Peripheral Vascular**

        **General**

        Yes: Within Normal Limits

**ASSESSMENT:**

    Pain - General

    Inmate appears to be stable at this time.

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

**Other:**

    Follow up per hunger strike protocol.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/23/2015 | Counseling | Diet | Huddleston, R. | No Evidence of Learning |

    Also spoke with inmate about the importance of staying hydrated.

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Huddleston, R. EMT on 10/23/2015 10:05

Requested to be cosigned by  Osagie, A. MLP.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Santini, G. MD/CD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/23/2015 09:07 | Provider: | Huddleston, R. EMT | Facility: | FLM |

**Cosigned with New Encounter Note by Osagie, A. MLP on 10/23/2015 13:03.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/23/2015 09:07 | Provider: | Huddleston, R. EMT | Facility: | FLM |

**Reviewed by Santini, G. MD/CD on 10/28/2015 09:53.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

| | | | |
|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | Reg #:  44107-039 |
| Date of Birth: | ████1986 | Sex:  M   Race:  BLACK | Facility:  FLM |
| Encounter Date: | 10/21/2015 10:10 | Provider:  Huddleston, R. EMT | Unit:  H04 |

---

Nursing - Hunger Strike Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:** Huddleston, R. EMT

**Chief Complaint:** Fatigue/Weakness

**Subjective:** Inmate continuing with his hunger strike. He has missed 34 meals as of breakfast today.  He states he does have some weakness, dizziness, cramping and pain in his stomach.  He denies any arrhythmias at this time.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 10/21/2015 11:26 |
| **Location:** | Abdomen - Diffuse |
| **Quality of Pain:** | Burning |
| **Pain Scale:** | 3 |
| **Intervention:** | None at this time. |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Days |
| **Duration:** | 1-2 Days |
| **Exacerbating Factors:** | None |
| **Relieving Factors:** | Eating and hydrating. |
| **Comments:** | |

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/21/2015 | 10:10 FLX | 97.2 | 36.2 | Tympanic | Huddleston, R. EMT |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/21/2015 | 10:11 FLX | 115 | Via Machine | | Huddleston, R. EMT |
| 10/21/2015 | 10:10 FLX | 104 | Radial | Regular | Huddleston, R. EMT |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/21/2015 | 10:11 FLX | 16 | Huddleston, R. EMT |
| 10/21/2015 | 10:10 FLX | 16 | Huddleston, R. EMT |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/21/2015 | 10:11 FLX | 150/91 | Left Arm | Standing | Adult-regular | Huddleston, R. EMT |
| 10/21/2015 | 10:10 FLX | 154/82 | Left Arm | Sitting | Adult-regular | Huddleston, R. EMT |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|

| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | Reg #: | 44107-039 |
| Date of Birth: | 12/22/1986 | Sex: M   Race: BLACK | Facility: | FLM |
| Encounter Date: | 10/21/2015 10:10 | Provider: Huddleston, R. EMT | Unit: | H04 |

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|------|------|------|------|------|------|
| 10/21/2015 | 10:11 FLX | 135.0 | 61.2 | | Huddleston, R. EMT |
| 10/21/2015 | 10:10 FLX | 135.0 | 61.2 | | Huddleston, R. EMT |

**Exam:**

**General**

    **Affect**

      No: Cooperative

    **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

      No: Appears Distressed, Appears in Pain

    **Nutrition**

      Yes: Poor food intake

      No: Within Normal Limits, Excellent food intake, Adequate food intake

**Skin**

    **General**

      Yes: Within Normal Limits, Dry, Skin Intact, Warmth

      No: Tenting

**Head**

    **General**

      Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Eyes**

    **General**

      Yes: PERRLA, Extraocular Movements Intact

**Nose**

    **General**

      Yes: Nares Patent

**Lips**

    **General**

      Yes: Within Normal Limits

**Mouth**

    **General**

      Yes: Within Normal Limits

      No: Dryness

    **Mucosa**

      Yes: Within Normal Limits

      No: Dryness

**Neck**

    **General**

      Yes: Within Normal Limits, Trachea Midline

**Pulmonary**

    **Observation/Inspection**

      Yes: Within Normal Limits

      No: Respiratory Distress

**Cardiovascular**

    **Observation**

      Yes: Regular Rhythm, Tachycardia

      No: Normal Rate

**Peripheral Vascular**

| | | |
|---|---|---|
| Inmate Name: ABDULMUTALLAB, UMAR FAROUK | | Reg #: 44107-039 |
| Date of Birth: ____1986 | Sex: M   Race: BLACK | Facility: FLM |
| Encounter Date: 10/21/2015 10:10 | Provider: Huddleston, R. EMT | Unit: H04 |

**Exam:**

**General**

Yes: Within Normal Limits

**ASSESSMENT:**

Condition Stable
Inmate presents with mild tachycardia.  He appears to be medically stable at this time.

**PLAN:**

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | One Time | 10/21/2015 00:00 | Today |
| **Labs requested to be reviewed by :**  Santini, G. MD/CD | | | |
| **Lab personnel verbally notified of a priority order of Today or Stat** | | | |
| Lab Tests-P-Prealbumin | One Time | 10/21/2015 00:00 | Today |
| **Labs requested to be reviewed by :**  Santini, G. MD/CD | | | |
| **Lab personnel verbally notified of a priority order of Today or Stat** | | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Follow up per Hunger Strike protocol.

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 10/21/2015 | Counseling | Diet | Huddleston, R. | No Evidence of Learning |

**Copay Required:** No        **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Huddleston, R. EMT on 10/21/2015 12:02
Requested to be cosigned by  Osagie, A. MLP.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Santini, G. MD/CD.
Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | [redacted]1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/21/2015 10:10 | Provider: | Huddleston, R. EMT | Facility: | FLM |

**Cosigned by Osagie, A. MLP on 10/21/2015 12:39.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/21/2015 10:10 | Provider: | Huddleston, R. EMT | Facility: | FLM |

**Reviewed by Santini, G. MD/CD on 10/26/2015 07:29.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: M  Race: BLACK | Facility: FLM |
| Encounter Date: | 10/19/2015 12:05 | Provider: Huddleston, R. EMT | Unit: H04 |

Nursing - Hunger Strike Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Huddleston, R. EMT

**Chief Complaint:** Fatigue/Weakness

**Subjective:** Inmate continuing to hunger strike.  He states he drinks water when he is thirsty.  He states he has dizziness, weakness, mild cramping and pain.  He denies any arrhythmias at this time.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 10/19/2015 12:35 |
| **Location:** | Abdomen - Diffuse |
| **Quality of Pain:** | Cramping |
| **Pain Scale:** | 5 |
| **Intervention:** | None |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Days |
| **Duration:** | 1-2 Days |
| **Exacerbating Factors:** | None |
| **Relieving Factors:** | Eating and drinking |
| **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/19/2015 | 12:05 FLX | 96.9 | 36.1 | Tympanic | Huddleston, R. EMT |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/19/2015 | 12:06 FLX | 100 | Radial | Regular | Huddleston, R. EMT |
| 10/19/2015 | 12:05 FLX | 83 | Radial | Regular | Huddleston, R. EMT |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/19/2015 | 12:06 FLX | 16 | Huddleston, R. EMT |
| 10/19/2015 | 12:05 FLX | 16 | Huddleston, R. EMT |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/19/2015 | 12:06 FLX | 174/94 | Left Arm | Standing | Adult-regular | Huddleston, R. EMT |
| 10/19/2015 | 12:05 FLX | 149/103 | Left Arm | Sitting | Adult-regular | Huddleston, R. EMT |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | [redacted]1986 | Sex: M | Race: BLACK | Facility: | FLM |
| Encounter Date: | 10/19/2015 12:05 | Provider: Huddleston, R. EMT | | Unit: | H04 |

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 10/19/2015 | 12:05 FLX | 138.0 | 62.6 | | Huddleston, R. EMT |

**Exam:**

    **General**

        **Affect**

            Yes: Cooperative, Flat

        **Appearance**

            Yes: Alert and Oriented x 3, Disheveled

            No: Appears Distressed, Appears in Pain

        **Nutrition**

            Yes: Poor food intake

    **Skin**

        **General**

            Yes: Within Normal Limits, Dry, Skin Intact

            No: Diaphoretic, Tenting

    **Head**

        **General**

            Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

    **Eyes**

        **General**

            Yes: Extraocular Movements Intact

    **Mouth**

        **General**

            Yes: Within Normal Limits

            No: Dryness

        **Mucosa**

            No: Dryness

        **Tongue**

            Yes: Within Normal Limits

    **Neck**

        **General**

            Yes: Within Normal Limits

    **Pulmonary**

        **Observation/Inspection**

            Yes: Within Normal Limits

            No: Respiratory Distress

    **Cardiovascular**

        **Observation**

            Yes: Within Normal Limits, Normal Rate, Regular Rhythm

    **Peripheral Vascular**

        **General**

            Yes: Within Normal Limits

**ASSESSMENT:**

    Pain - Abdominal

    Inmate appears to be stable at this time.

| | | | |
|---|---|---|---|
| Inmate Name: ABDULMUTALLAB, UMAR FAROUK | | Reg #: 44107-039 | |
| Date of Birth: 12/22/1986 | Sex: M   Race: BLACK | Facility: FLM | |
| Encounter Date: 10/19/2015 12:05 | Provider: Huddleston, R. EMT | Unit: H04 | |

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | One Time | 10/19/2015 00:00 | Today |
| Lab Tests-P-Prealbumin | | | |

    **Labs requested to be reviewed by :** Santini, G. MD/CD

    **Lab personnel verbally notified of a priority order of Today or Stat**

**Disposition:**

    Follow-up at Sick Call as Needed

**Other:**

    Follow up per hunger strike protocol.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/19/2015 | Counseling | Diet | Huddleston, R. | No Evidence of Learning |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Huddleston, R. EMT on 10/19/2015 12:45
Requested to be cosigned by  Osagie, A. MLP.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Santini, G. MD/CD.
Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/19/2015 12:05 | Provider: | Huddleston, R. EMT | Facility: | FLM |

**Reviewed by Santini, G. MD/CD on 10/19/2015 14:02.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/19/2015 12:05 | Provider: | Huddleston, R. EMT | Facility: | FLM |

**Cosigned by Osagie, A. MLP on 10/20/2015 06:39.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | Reg #: | 44107-039 |
| Date of Birth: | ⬛1986 | Sex: M   Race: BLACK | Facility: FLM |
| Encounter Date: | 10/16/2015 10:15 | Provider: Osagie, A. MLP | Unit: H04 |

Mid Level Provider - Hunger Strike Note encounter performed at Housing Unit.

## SUBJECTIVE:

**COMPLAINT  1**          **Provider:** Osagie, A. MLP

**Chief Complaint:** Fatigue/Weakness

**Subjective:** Inmate declared hunger strike over the issue of not being able to continue receiving double portion of meals and has missed a total of 19 meals as of breakfast today.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 10/16/2015 10:51 |
| Location: | Multiple Locations |
| Quality of Pain: | Cramping |
| Pain Scale: | 4 |
| Intervention: | None |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Days |
| Duration: | 1-2 Days |
| Exacerbating Factors: | Self-imposed starvation |
| Relieving Factors: | None |
| Comments: | |

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/16/2015 | 10:53 FLX | 95.8 | 35.4 | Tympanic | Osagie, A. MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/16/2015 | 10:54 FLX | 131 | Via Machine | Regular | Osagie, A. MLP |
| 10/16/2015 | 10:53 FLX | 97 | Via Machine | Regular | Osagie, A. MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/16/2015 | 10:53 FLX | 14 | Osagie, A. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/16/2015 | 10:54 FLX | 222/127 | Left Arm | Standing | Adult-regular | Osagie, A. MLP |
| 10/16/2015 | 10:53 FLX | 181/108 | Left Arm | Sitting | Adult-regular | Osagie, A. MLP |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 10/16/2015 | 10:53 FLX | 68.0 | 172.7 | Osagie, A. MLP |

**Weight:**

| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | 12/22/1986 | Sex: M | Race: BLACK | Facility: | FLM |
| Encounter Date: | 10/16/2015 10:15 | Provider: | Osagie, A. MLP | Unit: | H04 |

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 10/16/2015 | 10:53 FLX | 140.0 | 63.5 | | Osagie, A. MLP |

**Exam:**

**General**

  **Affect**

    No: Cooperative

  **Appearance**

    Yes: Alert and Oriented x 3, Lethargic

    No: Cachectic, Jaundiced, Unconscious, Appears in Pain, Writhing in Pain, Diaphoretic, Acutely Ill

  **Nutrition**

    Yes: Poor food intake

**Skin**

  **General**

    Yes: Dry, Skin Intact

    No: Tenting

**Head**

  **General**

    Yes: Atraumatic/Normocephalic

**Lips**

  **General**

    Yes: Dryness

    No: Cheilitis

**Mouth**

  **Tongue**

    No: Dryness, Coating

**Pulmonary**

  **Auscultation**

    Yes: Clear to Auscultation

    No: Crackles

**Cardiovascular**

  **Auscultation**

    Yes: Normal S1 and S2

    No: M/R/G

**Peripheral Vascular**

  **Arms**

    Yes: Capillary Refill Normal

**Abdomen**

  **Palpation**

    Yes: Soft

    No: Guarding, Mass(es), Hepato-Splenomegaly

**Comments**

  Pt. is sluggishly ambulatory. Speech is slow, HEENT wnl.  He appears weak from refusing to eat.

**ASSESSMENT:**

    Hunger Strike, 307.59HS - Resolved, History/Resolved, Not Improved/Same

**PLAN:**

**Disposition:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: M   Race: BLACK | Facility: | FLM |
| Encounter Date: | 10/16/2015 10:15 | Provider: Osagie, A. MLP | Unit: | H04 |

Follow-up at Sick Call as Needed
Follow-up in 48-72 Hours

**Other:**

Evaluation was involuntarily completed, but no evidence of physiological compromise was witnessed.  Per physician, no medical intervention is required and monitoring will continue on regular basis.  Next evaluation in 48-72 hrs.  UA was collected.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/16/2015 | Counseling | Diet | Osagie, A. | Verbalizes Understanding |

Encouraged to resume eating and drinking as appropriate.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Osagie, A. MLP on 10/16/2015 11:03

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

| | | | |
|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | Reg #:   44107-039 |
| Date of Birth: | ▆▆1986 | Sex:   M   Race:   BLACK | Facility:   FLM |
| Encounter Date: | 10/14/2015 12:00 | Provider:   Thompson, Craig RN | Unit:   H04 |

---

Nursing - Hunger Strike Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Thompson, Craig RN

**Chief Complaint:** Other Problem

**Subjective:**      I/M declared a hunger strike and has missed 13 meals as of breakfast this morning.

**Pain:**      No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/14/2015 | 12:01 FLX | 96.9 | 36.1 | Tympanic | Thompson, Craig RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/14/2015 | 12:04 FLX | 94 | Via Machine | | Thompson, Craig RN |
| 10/14/2015 | 12:01 FLX | 76 | Via Machine | | Thompson, Craig RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/14/2015 | 12:01 FLX | 16 | Thompson, Craig RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/14/2015 | 12:04 FLX | 165/107 | Left Arm | Standing | Adult-regular | Thompson, Craig RN |
| 10/14/2015 | 12:01 FLX | 156/104 | Left Arm | Sitting | Adult-regular | Thompson, Craig RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 10/14/2015 | 12:01 FLX | 68.0 | 172.7 | Thompson, Craig RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/14/2015 | 12:01 FLX | 145.2 | 65.9 | | Thompson, Craig RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

No: Tenting

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | ████1986 | Sex: | M   Race: BLACK | Facility: | FLM |
| Encounter Date: | 10/14/2015 12:00 | Provider: | Thompson, Craig RN | Unit: | H04 |

## Exam:

### Head
#### General
Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

### Eyes
#### General
Yes: PERRLA, Extraocular Movements Intact

### Lips
#### General
Yes: Within Normal Limits

No: Vesicular Eruptions, Dryness

### Mouth
#### General
Yes: Within Normal Limits

No: Dryness

#### Mucosa
Yes: Within Normal Limits

No: White Plaques, Dryness

#### Tongue
Yes: Within Normal Limits

No: White Plaques, Dryness

### Pulmonary
#### Observation/Inspection
Yes: Within Normal Limits

No: Respiratory Distress

#### Auscultation
Yes: Clear to Auscultation

### Cardiovascular
#### Observation
Yes: Within Normal Limits, Normal Rate, Regular Rhythm

#### Auscultation
Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

### Abdomen
#### Inspection
Yes: Within Normal Limits

#### Palpation
Yes: Within Normal Limits, Soft

No: Guarding, Rigidity, Tenderness on Palpation

### Neurologic
#### Cranial Nerves (CN)
Yes: Within Normal Limits, CN 2-12 Intact Grossly

## ASSESSMENT:

Nutrition, Alteration in

I/M declared a hunger strike and has missed 13 meals as of breakfast this morning. I/M is A&O x3, denies c/o pain or discomfort and is coherent with speech. I/M responds appropriately to questions and walks with a steady gait. Buccal mucosa are moist and intact and there is no tenting of the skin. Per physician, I/M does not appear to be physiologically compromised at this time, will continue to monitor.

| | | | |
|---|---|---|---|
| Inmate Name: ABDULMUTALLAB, UMAR FAROUK | | Reg #: 44107-039 | |
| Date of Birth: ██████ 1986 | Sex: M   Race: BLACK | Facility: FLM | |
| Encounter Date: 10/14/2015 12:00 | Provider: Thompson, Craig RN | Unit: H04 | |

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 10/14/2015 00:00 | Today |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | | | |
| Lab Tests-P-Prealbumin | | | |

**Lab personnel verbally notified of a priority order of Today or Stat**

**Disposition:**

Follow-up in 48-72 Hours

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/14/2015 | Counseling | Diet | Thompson, Craig | Attentive |
| | | refuses to acknowledge teaching about diet | | |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Thompson, Craig RN on 10/14/2015 12:13
Requested to be cosigned by  Santini, G. MD/CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Osagie, A. MLP.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/14/2015 12:00 | Provider: | Thompson, Craig RN | Facility: | FLM |

**Cosigned by Santini, G. MD/CD on 10/14/2015 14:30.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/14/2015 12:00 | Provider: | Thompson, Craig RN | Facility: | FLM |

**Reviewed by Osagie, A. MLP on 10/15/2015 09:03.**

**ER STRIKE BODY SHEET**
**FCC FLORENCE**

Inmate Name: Abdulmutallab, Umar
Inmate Number: 44107-039
DOB: _____ 1986

IBW: 154 lbs.
See RLMR
Cell #: _____
68 "

Drug Allergies: NKDA

Current Medications as of: _____

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Day | | | | | | | |
| Date | 10/19/15 | | 10/21/15 | | 10/23/15 | | |
| Time | 1205 | | 1010 | | 0907 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Meals Missed or % Meal Intake | 28 | | 34 | | 40 | | |
| *Adjusted Weight | 138 | | 135 | | 134.2 | | |
| % IBW | 90% | | 88% | | 87% | | |
| Prealbumin | 21 | | 17 | | | | |

| ASSESSMENT | Voluntary Involuntary Refuse | | Voluntary Involuntary Refuse | | Voluntary Involuntary Refuse | | Voluntary Involuntary Refuse | | Voluntary Involuntary Refuse | | Voluntary Involuntary Refuse | | Voluntary Involuntary Refuse | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B/P & P sit | 144/83 103 | | | | 155/82 104 | | | | 155/89 88 | | | | | |
| B/P & P stand | 79/84 100 | | | | 154/91 115 | | | | 151/96 90 | | | | | |
| Resp & Temp | 16 96.9 | | | | 16 97.2 | | | | 16 97.8 | | | | | |
| Oral Mucosa Lips/Tongue | Pink Moist | | | | Pink moist | | | | Pink moist | | | | | |
| Other | Yes No | | Yes No | | Yes No | | Yes No | | Yes No | | Yes No | | Yes No |
| Dizzy/Weak | ✓ | | | | ✓ | | | | ✓ less | | | | | |
| Cramps | ✓ | | | | ✓ | | | | ✓ | | | | | |
| Pain | ✓ | | | | | | | | ✓ | | | | | |
| Arrhythmia | ✓ | | | | | | | | | | | | | |
| Patient Education Diet & Risks | ✓ | | | | ✓ | | | | | | | | | |

| Labs | | comp ✓ RePAlb | | | comp + Pre Albumin | | | | WB | | | | | |
| UA | Ketones | | | | ✓26 (50) | | | | | | | | | |
| | Sp Gravity | | | | .020 | | | | | | | | | |
| | Blood | | | | Neg | | | | | | | | | |
| | Protein | | | | Neg | | | | | | | | | |
| | Other | | | | | | | | | | | | | |

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 Highway 67 South
Florence CO 81226

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Resource 2.0 237ml/480 kcal | None | | | | | | |
| Pedialyte 1000 ml/100 kcal | | | | | | | |
| Comments | | | | | | | |
| Provider Initials | RLMR | | | | | | |

* Weight minus restraints (2 lbs = 1 pair cuffs/leg irons - OR - 4 lbs = 1 pair cuffs/leg irons & belly chain) and minus 1 lb if weighed on chair scale.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | Reg #: | 44107-039 |
| Date of Birth: | ████1986 | Sex: M | Race: | BLACK |
| Scanned Date: | 03/09/2016 09:44 | | Facility: | FLM |

**Reviewed by King, Robert DO/NCR Mast Physician on 03/21/2016 09:31.**

# HUNGER STRIKE
## FCC FLORENCE

Inmate Name: ABDULMUTALLAB, Umar
Inmate Number: 44107-039        IBW: 154 lbs        Cell #: H-04-404

DOB: 11986        Current Medications as of: See K-Eenk        68"

28

Drug Allergies: NKDA

| Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Date | | | 10.14.15 | | 6/16/15 | | |
| Time | | | 0910 | | 1015 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Meals Missed or | | | 13 (b.fast) | | 19 (BF) | | |
| % Meal Intake | | | 14.52 | | 140 lb | | |
| *Adjusted Weight | | | 94% | | 91% | | |
| % IBW | | | | | 21 w/14/15 | | |
| Prealbumin | | | Pending | | | | |

| ASSESSMENT | Voluntary Involuntary Refuse | Voluntary Involuntary Refuse | Voluntary Involuntary Refuse | Voluntary Involuntary Refuse | Voluntary Involuntary Refuse | Voluntary Involuntary Refuse | Voluntary Involuntary Refuse |
|---|---|---|---|---|---|---|---|
| B/P & P    sit | | | 156/104.76 | | 18/108  97 | | |
| B/P & P    stand | | | 165/107 94 | | 127  131 | | |
| Resp & Temp | | | 16  96.9 | | 14  95.8 | | |
| Oral Mucosa Lips/Tongue | | | Pink, moist, intact | | Dry, moist | | |
| Other | | | Cap Refill <2s | | Cap. Ref. <2sec | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dizzy/Weak | | | | | | ✓ | | | ✓ | | | | | |
| Cramps | | | | | | ✓ | | | ✓ | | | | | |
| Pain | | | | | | ✓ | | | ✓ | | | | | |
| Arrhythmia | | | | | ✓ | | | | | ✓ | | | | |
| Patient Education Diet & Risks | | | | | ✓ | | | | ✓ | | | | | |

| Labs | | | | | Drawn | | UA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Ketones | | | 8.0 large | | 15 small | | | |
| UA | Sp Gravity | | | neg 1.015 | | 1.025 | | | |
| | Blood | | | neg | | - | | | |
| | Protein | | | Trace trace | | - | | | |
| | Other | | | | | | | | |

| | | | | | United States Penitentiary |
|---|---|---|---|---|---|
| Resource 2.0 237ml/480 kcal | | | | | Administrative Maximum (ADX) |
| Pedialyte 1000 ml/100 kcal | | | | | Health Services Department |
| Comments | | | refused intake, eat | | 5800 State Highway 67 South |
| Provider Initials | | | CMns | | Florence, CO 81226 |
| | | | | | Aco |

* Weight minus restraints  (2 lbs = 1 pair cuffs/leg irons  - OR - 4 lbs = 1 pair cuffs/leg irons & belly chain)  and minus 1 lb if weighed on chair scale.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: | M | Race: | BLACK |
| Scanned Date: | 03/09/2016 09:43 | | | Facility: | FLM |

**Reviewed by King, Robert DO/NCR Mast Physician on 03/21/2016 09:31.**

# LabCorp
Laboratory Corporation of America

**Patient Report**

**Specimen ID:** 294-166-0717-0
**Control ID:** DEY05210405

**Acct #:** [redacted]   Phone: (719) 784-5496   Rte: 99
FCC Florence
Attn:Health/Lab Services
5880 State Hwy 67 South
FLORENCE CO 81226

**ABDULMATALLAB, UMAR**

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: [redacted] 1986 | Date collected: 10/21/2015 1010 Local | Ordering: SANTINI |
| Age(y/m/d): 028 | Date entered: 10/21/2015 | Referring: |
| Gender: M   SSN: | Date reported: 10/24/2015 0827 ET | ID: SANTINI,G |
| Patient ID: 44107-039 | | NPI: |

**General Comments & Additional Information**
Total Volume: Not Provided
Fasting: Yes

**Ordered Items**
Comp. Metabolic Panel (14); Prealbumin

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose, Serum | 67 | | mg/dL | 65 - 99 | 01 |
| BUN | 16 | | mg/dL | 6 - 20 | 01 |
| **Creatinine, Serum** | 1.33 | High | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 72 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 84 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 12 | | | 8 - 19 | |
| Sodium, Serum | 139 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 5.1 | | mmol/L | 3.5 - 5.2 | 01 |
| **Chloride, Serum** | 94 | Low | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 21 | | mmol/L | 18 - 28 | 01 |
| **Calcium, Serum** | 10.5 | High | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 8.4 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 5.3 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 3.1 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.7 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.6 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 51 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 22 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 12 | | IU/L | 0 - 44 | 01 |
| **Prealbumin** | 19 | Low | mg/dL | 20 - 40 | 01 |

| 01 | DV | LabCorp Denver | Brian Poirier, MD |
| | | 8490 Upland Drive, Englewood, CO 80112-7115 | |

For inquiries, the physician may contact Branch: 303-792-2600 Lab: 800-795-3699

United States Penitentiary
Administrative Maximure (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

**FINAL REPORT**
Date Issued: 10/26/15 0921 ET
This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-795-3699
© 1995-2015 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: M | Race: | BLACK |
| Scanned Date: | 10/26/2015 09:29 | | Facility: | FLM |

**Reviewed by Santini, G. MD/CD on 10/28/2015 10:34.**

# LabCorp
Laboratory Corporation of America®

**Patient Report**

**Specimen ID:** 292-166-0886-0
**Control ID:** DEZ05210405

**Acct #:** [redacted]   **Phone:** (719) 784-5496   **Rte:** 99
FCC Florence
Attn:Health/Lab Services
5880 State Hwy 67 South
FLORENCE CO 81226

**ABDULMUTALLAB, UNAR**

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** [redacted]1986 | **Date collected:** 10/19/2015  1205 Local | **Ordering:** |
| **Age(y/m/d):** 028[redacted] | **Date entered:** 10/19/2015 | **Referring:** |
| **Gender:** M   **SSN:** | **Date reported:** 10/20/2015  1322 ET | **ID:**  SANTINI,G |
| **Patient ID:** 44107-039 | | **NPI:** |

**General Comments & Additional Information**
**Total Volume:** Not Provided

**Fasting:** Yes

**Ordered Items**
Comp. Metabolic Panel (14); Prealbumin

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose, Serum | 79 | | mg/dL | 65 - 99 | 01 |
| BUN | 12 | | mg/dL | 6 - 20 | 01 |
| **Creatinine, Serum** | **1.32** | **High** | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 73 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 84 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 9 | | | 8 - 19 | |
| Sodium, Serum | 139 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 4.8 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 97 | | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 21 | | mmol/L | 18 - 28 | 01 |
| **Calcium, Serum** | **10.4** | **High** | mg/dL | 8.7 - 10.2 | 01 |
| **Protein, Total, Serum** | **8.7** | **High** | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 5.4 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 3.3 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.7 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 49 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 20 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 16 | | IU/L | 0 - 44 | 01 |
| **Prealbumin** | **17** | **Low** | mg/dL | 20 - 40 | 01 |

| 01 | DV | LabCorp Denver | Brian Poirier, MD |
|---|---|---|---|
| | | 8490 Upland Drive, Englewood, CO 80112-7115 | |

For inquiries, the physician may contact Branch: 303-792-2600 Lab: 800-795-3699

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

**FINAL REPORT**

Page 1 of 1

Date Issued: 10/20/15 1435 ET

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-795-3699
© 1995-2015 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: | M | Race: | BLACK |
| Scanned Date: | 10/20/2015 14:41 | | | Facility: | FLM |

**Reviewed by Santini, G. MD/CD on 10/20/2015 15:23.**



FLM

# LabCorp

**Patient Report**

Specimen ID: 287-166-0643-0
Control ID: DFC05210405

United States Penitentiary
~~Administrative Maximum (ADX)~~

ABDULMUTALLAB, UMER  Health Services Department
5880 State Highway 67 South
Florence, CO 81226

Acct #: ▮▮▮▮   Phone: (719) 784-5496   Rte: 99
FCC Florence
Attn:Health/Lab Services
5880 State Hwy 67 South
FLORENCE CO 81226

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: ▮▮▮▮ 1986 | Date collected: 10/14/2015 0900 Local | Ordering: |
| Age(y/m/d): 028, ▮ | Date entered: 10/14/2015 | Referring: |
| Gender: M   SSN: | Date reported: 10/15/2015 1129 ET | ID: SANTINI,G |
| Patient ID: 44107-039 | | NPI: |

Ordered Items
CBC With Differential/Platelet; Comp. Metabolic Panel (14); Prealbumin

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 4.5 | | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 5.54 | | x10E6/uL | 4.14 - 5.80 | 01 |
| Hemoglobin | 16.4 | | g/dL | 12.6 - 17.7 | 01 |
| Hematocrit | 47.8 | | % | 37.5 - 51.0 | 01 |
| MCV | 86 | | fL | 79 - 97 | 01 |
| MCH | 29.6 | | pg | 26.6 - 33.0 | 01 |
| MCHC | 34.3 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 13.1 | | % | 12.3 - 15.4 | 01 |
| Platelets | 286 | | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | 29 | | % | | 01 |
| Lymphs | 55 | | % | | 01 |
| Monocytes | 11 | | % | | 01 |
| Eos | 4 | | % | | 01 |
| Basos | 1 | | % | | 01 |
| **Neutrophils (Absolute)** | **1.3** | **Low** | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 2.5 | | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes(Absolute) | 0.5 | | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 0 | | % | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| | | | | | |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose, Serum | 76 | | mg/dL | 65 - 99 | 01 |
| BUN | 15 | | mg/dL | 6 - 20 | 01 |
| Creatinine, Serum | 1.14 | | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 87 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 101 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 13 | | | 8 - 19 | |
| Sodium, Serum | 142 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 4.7 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 100 | | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 24 | | mmol/L | 18 - 28 | 01 |
| Calcium, Serum | 9.9 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 8.0 | | g/dL | 6.0 - 8.5 | 01 |

Date Issued: 10/15/15 1351 ET    **FINAL REPORT**    Page 1 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-795-3699

© 1995-2015 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

 hs

FLM 

# LabCorp
**Patient Report**

**Patient:** ABDULMUTALLAB, UMER
**DOB:** ____1986   **Control ID:** DFC05210405

Specimen ID: 287-166-0643-0
Date collected: 10/14/2015  0900 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Albumin, Serum | 5.0 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 3.0 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.7 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 50 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 21 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 16 | | IU/L | 0 - 44 | 01 |
| **Prealbumin** | 21 | | mg/dL | 20 - 40 | 01 |

| 01 | DV | LabCorp Denver | Brian Poirier, MD |
|---|---|---|---|
| | | 8490 Upland Drive, Englewood, CO 80112-7115 | |

For inquiries, the physician may contact **Branch: 303-792-2600 Lab: 800-795-3699**

A. Osagie MLP/PA
FCC Florence, CO

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

Date Issued: 10/15/15 1351 ET   **FINAL REPORT**   Page 2 of 2

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 800-795-3699

© 1995-2015 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: M | Race: | BLACK |
| Scanned Date: | 10/19/2015 15:50 | | Facility: | FLM |

**Reviewed by Santini, G. MD/CD on 10/19/2015 13:56.**

Abdulmuttalleb, Umar

44107-039

DOF

**URINALYSIS**

URGENCY
- [X] ROUTINE
- [ ] TODAY
- [ ] PRE-OP
- [ ] STAT

PATIENT STATUS
- [ ] BFD
- [ ] AMB
- [ ] OUTPATIENT
- [ ] NP
- [ ] DOM

SPECIMEN SOURCE
- [X] ROUTINE
- [ ] OTHER (Specify)

PATIENTS MED. RECORD

Enter in above space  PATIENT IDENTIFICATION   TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE    REPORTED BY    MD  DATE   LAB. ID NO.

Osburg      Osburt    TECH  00/16/15

REMARKS   Hunger Strike

| DATE | TIME | A.M./P.M. | (X) | ROUTINE | REQUESTED | COLOR | SPECIFIC GRAVITY | UROBILINOGEN | OCCULT BLOOD | BILE | KETONES | GLUCOSE | PROTEIN | pH | MICROSCOPIC | WBC | RBC | EPITH CELLS | WBC | RBC | HYALINE | GRANULAR | BACTERIA | CRYSTALS | MUCUS | NITRITE | BENCE-JONES PROTEIN | HEMOSIDERIN | HCG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/15 | 10/15 | | | | | Amber/Cloudy | 1.025 | 0.2 | 1 | | Smatls | 1 | 1 | 6.0 | 1 | | | | | | | | | | | 1 | | | |

URINALYSIS
540-107

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULMUTALLAB, UMAR FAROUK | | | Reg #: | 44107-039 |
| Date of Birth: | 1986 | Sex: | M | Race: | BLACK |
| Scanned Date: | 10/19/2015 12:17 | | | Facility: | FLM |

**Reviewed by Santini, G. MD/CD on 10/19/2015 10:22.**