**Administrative Remedy Number 746012-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you state your family members came from Nigeria to visit you and one uncle, two sisters and a nephew of a sister were not allowed to visit. You claim all of these family members were allowed to visit you in Michigan in 2010/11. You request all of the above family members and all other family members be approved for visiting, phone calls and correspondence.

You are aware that you are currently subject to SAM pursuant to 28 C.F.R. § 501.3. You have been advised that Bureau staff neither impose nor rescind SAM restrictions, but inform you of the SAM requirements and ensure the measures are followed. As noted, staff can facilitate specific requests relating to the restrictions and to that effect, Bureau staff will consult with other entities when appropriate, in an attempt to resolve or accommodate such concerns.

Contact with immediate family members is allowed as long as there is no specific exception. In addition, your SAM was modified on February 10, 2014, to include your uncle and step-brother for visiting, phone calls and correspondence. On May 7, 2014, your SAM was again modified to allow visiting, phone calls and correspondence with your two step-sisters. You may contact your Unit Team to request communications with other extended family members if you desire. We encourage you to continue working with staff at ADX Florence to accommodate any of your needs in the future and to address any further concerns you may have.

This response is provided for informational purposes.

May 27, 2014
Date

Harrell Watts, Administrator
National Inmate Appeals

BOP_00000016

Exhibit 2

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Abdulmutallab Umar F   44107-039   H   FL-ADX
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** (746012-R2)

My parents, brothers and sisters came all the way from Nigeria (Africa) for a family visit and two my sisters were not given approval to visit with me, Sumbo Mutallab (37 years old) and Maryam Mutallab (?? years old), my sister Zynab Mutallab nephew my sister (Baraka Mutallab 33 years old) allowed to visit with her even though ADX visiting policy allows 3 visitors and children to visit at the same time, and my nephew is an American citizen. My uncle Maryluk Baba Ahmad was also not approved to visit and all have visited me with approval since Feb 20-2011. So I would like for all above and all other family members to be

1-9-14   _____   approved for visit please.
DATE                                    SIGNATURE OF REQUESTER
                            BOP be approving visits by

**Part B - RESPONSE**



_____                                    _____
DATE                                               GENERAL COUNSEL

                                                   CASE NUMBER: _____
THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE
**Part C - RECEIPT**
                                                   CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

                                                   BOP_00000017
_____                    _____
DATE                               SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
UPN LVN                                                       **Exhibit 2**   BP-231(13)
                                                                              JUNE 2002

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

Regional Administrative Remedy Appeal
Part B - Response

**Administrative Remedy Number:** 746012-R2

This is in response to your Regional Administrative Remedy Appeal received in this office on December 11, 2013, in which you state your family members were denied visiting privileges at the United States Penitentiary Administrative Maximum (ADX), Florence, Colorado. For relief, you would like the Bureau of Prisons to approve your family members for written correspondence, visiting, and phone calls.

We have reviewed your appeal and the Warden's response dated September 3, 2013. The United States Attorney General (USAG), pursuant to 28 C.F.R. § 501.3, has imposed Special Administrative Measures (SAMs) in your case. The USAG may impose SAMs if there is a substantial risk that a prisoner's communications or contacts with persons could result in death or serious bodily injury to persons or substantial damage to property that would entail the risk of death or serious bodily injury to persons. These SAMs ordinarily may include housing the inmate in administrative detention and/or limiting certain privileges, including, but not limited to, correspondence, visiting, interviews with representatives of the news media, and use of the telephone, as is reasonably necessary to protect persons against the risk of acts of violence or terrorism. While the Bureau of Prisons (BOP) neither imposes nor rescinds SAMs, it implements the restrictions and can accommodate specific requests relating to the restrictions. Additionally, the BOP consults with other entities, when appropriate, in an attempt to resolve a concern. As indicated in the Warden's response, you may submit your request to your unit team for review and consideration.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, and 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

12/23/13
Date

Paul M. Laird, Regional Director

BOP_00000018

**Exhibit 2**

**U.S. Department of Justice**
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Abdulmutallab Umar F__  __44107-039__  __H__  __FL ADX__
       LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL**

My request in BP9 was not granted. I reinstate my request that all my family members are given approval for written correspondence, visiting and phonecalls and BOP be approving authority for all three categories mentioned above.

I have also been unable to send my family visiting forms and my family are unable to acquire and send visiting forms for approval to the institution. I would like to request that the institution send my family visiting forms by email and they return the filled out forms to the institution by email. Nigeria where my family resides is in civil war and the mail system is ineffective.

__09-23-13__  __[signature]__  (746012-R1)
DATE                SIGNATURE OF REQUESTER

**Part B - RESPONSE**







_____                           _____
       DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE          CASE NUMBER: __746012-R1__

**Part C - RECEIPT**
                                       CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

_____                           _____
       DATE                                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BOP_00000019

UPN LVN                                        **Exhibit 2**        BP-230(13)
                                                                    JUNE 2002

**BP-229 Response**                               Case Number: 746012-F1

Your Request for Administrative Remedy dated August 1, 2013, and received in this office August 6, 2013, has been reviewed. Specifically, you request that you be allowed to correspond, write and visit with all of your family members.

A review of the issues raised in your Request for Administrative Remedy has been conducted. As you are aware, you are currently under Special Administrative Measures ("SAM") which define who you can correspond, visit and speak with over the telephone. Currently, you are authorized to communicate with members of your immediate family. Immediate family is defined in your SAM as your spouse, children, parents, and siblings. If you wish to communicate with any other individual, you need to submit your request to your Unit Team. Be sure to include the full name and contact information of the person you are requesting. Requests for additional contacts are reviewed on an individual basis.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                         09/03/13
D. Berkebile, Warden                             Date

BOP_00000020

**Exhibit 2**

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Abdulmutallab Umar F    44107-039    H    FL ADX
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

That all my family members are given approval for written correspondence, visiting and phonecalls. And BOP be approving authority for all 3 categories above.

08-01-13
DATE                                   SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: 746012-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE                                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    PRINTED ON RECYCLED PAPER

BOP_00000021

BP-229(13)
APRIL 1982

**Exhibit 2**