**Administrative Remedy Number 750020-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you contend your Special Administrative Measures (SAM), are violating your Constitutional Rights. You indicate your SAM deprives and limits many of your rights including, but not limited to: Freedom of Speech; Press; Religious Beliefs; Religious Practices and Gatherings; Group Prayers; Freedom of Communication; Legal Representation; and being free from Cruel and Unusual Punishment. As relief, you request for your SAM to be removed.

You are aware that you are currently subject to SAM pursuant to 28 C.F.R. § 501.3. You have been advised that Bureau staff neither impose nor rescind SAM restrictions, but inform you of the SAM requirements and ensure the measures are followed. Staff can facilitate specific requests relating to the restrictions and, to that effect, Bureau staff will consult with other entities when appropriate, in an attempt to resolve or accommodate such concerns.

The Attorney General determined it appropriate to initiate your SAM, due to your proclivity for violence and your affiliation with and support of terrorist organizations. Specifically, as an example of an act of violence, you attempted to blow up a plane with explosives and vowed to engage in Jihad against the United States. You were convicted in February 2012 in the Eastern District of Michigan of a variety of offenses, including Conspiracy to Commit an Act of Terrorism Transcending National Boundaries; Attempted Murder Within the Special Aircraft Jurisdiction of United States; Willfully Placing a Destruction Device In, Upon and In Proximity to a Civil Aircraft Which Was Used and Operated in Interstate, Overseas and Foreign Air Commerce, Which Was Likely to Have Endangered the Safety of Such Aircraft; Willful Attempt to Destroy and Wreck a Civil Aircraft; Attempt Use of a Weapon of Mass Destruction; Possession of a Firearm/Destructive Device in Furtherance of a Crime of Violence; and Use and Carrying of a Firearm/Destructive Device During and in Relation to a Crime of Violence. Because of your proclivity for violence, the Attorney General placed you under SAM in March 2012.

As per the regulations regarding SAM, found at 28 CFR § 501.3, these measures typically include limitations on correspondence, visiting, use of telephone, and other limitations for the purpose of protecting persons against the risk of death or serious bodily injury. It has been determined that these limitations are reasonably necessary to protect persons against the risk of acts of violence and terrorism. They are intended to ensure your communications do not again jeopardize the safety or security of the public, other inmates, or staff. Since the FBI and/or other agencies have the expertise in

BOP_00000028

**Exhibit 3**

**Administrative Remedy Number 750020-A1**
**Part B - Response**
**Page 2**

national security matters, they are involved with monitoring and reviewing your communications and share that expertise with the BOP so that the purpose of the restrictions are realized. The monitoring agencies are vital to this process and will not be removed. Although you may object to the provisions of the SAM, the restrictions in your SAM are constitutional.

The continued need of your SAM are reviewed annually by the Assistant Attorney General, and will remain in place until it is determined they are no longer necessary.

Based on the above your appeal is denied.

_March 20, 2014_
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

BOP_00000029

**Exhibit 3**

U.S. Department of Justice  **Central Office Administrative Remedy Appeal**
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Abdulmutallab, Umar F 44107-039 H FL-ADX
 LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

**Part A - REASON FOR APPEAL**  750020-R1

My request to be removed from SAM was denied. I hereby reinstate my request that the SAM be removed because the SAMs violate my 1st, 4th, 5th, 6th and 8th amendment rights. The SAM deprives and limits many of my rights, including but not limited to the following: Freedom of speech, press, Religious belief, Religious Practice and gathering, Group Prayers, Freedom of Communications, correspondence, receiving information, restricting receiving visits, mail, phone, socializing, Due process, right to an attorney, legal representation, being free from cruel and unjust punishment, double jeopardy, and being forcibly confined as a long term...

11-27-13
DATE SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE GENERAL COUNSEL
THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE CASE NUMBER: _____

**Part C - RECEIPT**
 CASE NUMBER: _____

Return to: _____
 LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION
SUBJECT: _____

DATE SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BOP_00000030
USP LVN **Exhibit 3** BP-231(13) JUNE 2002

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

Regional Administrative Remedy Appeal
Part B - Response

**Administrative Remedy Number:** 750020-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on October 21, 2013, in which you object to the Special Administrative Measures (SAMs) imposed on you. For relief, you request removal of your SAMs restrictions as they violate several constitutional rights.

We have reviewed your appeal and the Warden's response dated October 11, 2013. As indicated in the Warden's response, the United States Attorney General (USAG) may impose SAMs if there is a substantial risk that a prisoner's communications or contacts with persons could result in death or serious bodily injury to persons, or substantial damage to property that would entail the risk of death or serious bodily injury to persons. These SAMs ordinarily may include housing the inmate in administrative detention and/or limiting certain privileges, including, but not limited to, correspondence, visiting, interviews with representatives of the news media, and use of the telephone, as is reasonably necessary to protect persons against the risk of acts of violence or terrorism. While the Bureau of Prisons neither imposes nor rescinds SAMs, it implements the restrictions and can accommodate specific requests relating to the restrictions. As the USAG has determined your particular SAMs are necessary, they will not be removed or modified at this time and will remain in effect until such time the USAG determines they are no longer warranted. Additionally, the BOP consults with other entities, when appropriate, in an attempt to resolve a concern. As indicated in the Warden's response, you may request SAMs modifications through your unit team who will forward the request to the appropriate agencies. Accordingly, the institution's decision is supported.

Based on the above information, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_11-12-13_
Date

_____
Paul M. Laird, Regional Director

ABDULMUTALLAB - 000273
Exhibit 3

**U.S. Department of Justice**
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Abdulmutallab Umar F    44107-039    H    FL-ADX
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** (750020-F1)

My request to be removed from SAMs was denied. I hereby reinstate my appeal/request that the SAMs be removed because the SAMs violates my 1st, 4th, 5th, 6th and 8th amendment rights. The SAM deprives and limits many of my rights including and not limited to the following: Freedom of speech, press, Religious belief and practice, Religious gathering, Group Prayers, Freedom of communication, correspondence, receiving information, publications, receiving visits, mail, phones, socialising, Due process, right to an attorney and legal representation, being free from cruel and unjust punishments, double jeopardy, and being in solitary confinement for a long time.

10-16-13
DATE                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**



RECEIVED OCT 21 2013 REGIONAL DIRECTOR'S OFFICE NORTH CENTRAL REGION

DATE                                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE            CASE NUMBER: 750020-R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE                                SIGNATURE, RECIPIENT OF REGIONAL APPEAL

ABDULMUTALLAB - 000274

UPN LVN    PRINTED ON RECYCLED PAPER    BP-230(13) JUNE 2002

**Exhibit 3**

**BP-229 RESPONSE**                              **Case Number: 750020-F1**

Your Request for Administrative Remedy dated September 9, 2013, and received in this office September 11, 2013, has been reviewed. You state that the Special Administrative Measures (SAM) are unconstitutional and should be removed.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The results of the review reveal that prior to the renewal of your SAM you are given the opportunity to provide input as to whether the SAM should be renewed and if so, request any modifications to the SAM. Your comments/requests are forwarded for review and consideration by other divisions within the Department of Justice.

In March 2013, your SAM was renewed as a result of the United States Attorney General's determination that there is a substantial risk your communications or contacts with persons could result in death or serious bodily injury to persons, or substantial damage to property that would entail the risk of death or serious bodily injury to persons. Thus, pursuant to 28 C.F.R. § 501.3, your SAM was renewed. There is no evidence that your constitutional rights have been or are being violated as a result of you being placed on a SAM. Additionally, there is no evidence that your human rights are violated due to the imposition of your SAM. The SAM have been found to be constitutional as well.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____         10/11/13
D. Berkebile, Warden              Date

ABDULMUTALLAB - 000275
Exhibit 3

**U.S. DEPARTMENT OF JUSTICE**　　　　　　　　　　**REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Abdulmutallab, Umar F**　　**44107-039**　　**H**　　**FL ADX**
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**Part A- INMATE REQUEST**

The SAMs violates my 1st, 4th, 5th, 6th and 8th Amendment rights. The SAM deprives and limits many of my rights including and not limited to the following: Freedom of speech, press, Religious belief and practice, Religious gathering, Freedom of communication, correspondence, receiving information, publications, receiving visits, mail, phone, socialising, Due process, right to an attorney and legal representation, being free from Cruel and unjust punishment, Double jeopardy, and being in solitary confinement for a long time.

09-09-13
DATE　　　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B- RESPONSE**

**RECEIVED**
SEP 1 1 2013
ADX AW Office

_____　　　　　　　　_____
DATE　　　　　　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE　　　　　　　CASE NUMBER: **750020-F1**

　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____　　　　　　　　_____
DATE　　　　　　　　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

ABDULMUTALLAB - 000276
BP-229(13)
APRIL 1982
Exhibit 3

FCC1330.16A
**Administrative Remedy Program**
**Attachment 1**

## FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

Inmate Name: Abdulmutallab Umar F     Reg. No.: 44107-039
Unit: H                                Date: 08-27-13

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. **State Your complaint:** The SAMs violates my 1st, 4th, 5th, 6th and 8th Amendment rights. The SAM denies and limits many of my rights including and not limited to the following; Freedom of speech, press, Religious belief and practice, and gathering, Freedom of communication (cont'd on contin. page)

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. **State what actions you have made to informally resolve your complaint:** I have spoken with BOP/ADX Legal, FIST, Counsellor, Unit Manager, SIS officer on numerous occasions on SAM related issues.

3. **State what resolution you expect:** That the SAM and the limitations and Restrictions are all lifted/Removed.

Inmate's Signature: [signature]                Date: 08-27-13

Correctional Counselor's Comments (Steps to Resolve): Spoke with the Legal Dept. The Stated your (SAM) restrictions Have been deemed appropriate and Constitutionally Sound by the Attorney General of the U.S.

Counselor's Signature: [signature]             Date: 9-4-13
Unit Manager's Review: [signature]             Date: 9/5/13
Informally Resolved:                           Date:

|         | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---------|-------------|---------------|-------------|---------------|--------------|
| DATE    | 8-27-13     | 8-29-13       | 9-6-13      | 9-10-13       |              |
| TIME    |             |               |             |               |              |
| COUNSELOR | SK        | SK            | SK          | SK            |              |

ABDULMUTALLAB - 000277

**Exhibit 3**

Freedom of correspondence, receiving information, publications, receiving visits, mail, phone and Freedom of socialising, Due process, right to an attorney and legal representation, Freedom of being free from Cruel and unjust punishment, Double jeopardy and being in Solitary confinement for a long time.

ABDULMUTALLAB - 000278
**Exhibit 3**