**U.S. Department of Justice**
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Abdulmutallab, Umar F.     44107-039     H     Florence-ADX
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A – REASON FOR APPEAL**

The SAM does not allow me to correspond with Federal Public Defender of Arizona, Phoenix. I received a letter/correspondence notice preformed to me by the Capital Habeas Unit of the Federal Public Defender, Arizona and I would like to correspond with them, as well as other attorneys I want to represent me ( Pat Mika, Prof. Alan Dershowitz).

The process also takes too long, denying me/us Attorney-Client communication and I would like it to take place without delay.

03-25-14
DATE     SIGNATURE OF REQUESTER

**Part B – RESPONSE**

DATE     GENERAL COUNSEL

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: _____

**Part C – RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT:

DATE     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN     BOP_00000042     BP-231(13) JUNE 2002

Exhibit 4

Administrative Remedy Number 756045-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you state your Special Administrative Measures (SAM) does not allow you to correspond with a Federal Public Defender in Phoenix, Arizona. You request to correspond with this office as well as the specific attorneys you name in your appeal. You seek this SAM modification without delay.

You are aware that you are currently subject to SAM pursuant to 28 C.F.R. § 501.3. You have been advised that Bureau staff neither impose nor rescind SAM restrictions, but inform you of the SAM requirements and ensure the measures are followed. As noted, staff can facilitate specific requests relating to the restrictions and to that effect, Bureau staff will consult with other entities when appropriate, in an attempt to resolve or accommodate such concerns.

You may contact an attorney of your choice and request representation for any matter. Once the attorney agrees to represent you and an affirmation is signed, you will be afforded confidential communication with the attorney. This office was advised an affirmation was received for your third attorney of record. However, the Federal Bureau of Investigation reviewed and denied your request to correspond with the Public Defender's Office in Phoenix, Arizona. We encourage you to continue working with staff at ADX Florence to accommodate any of your needs in the future and address any further concerns you may have.

This response is provided for informational purposes.

May 27, 2014
Date

Harrell Watts, Administrator
National Inmate Appeals

RECEIVED
JUN 20 2014
ADX Warden's Office
BOP_00000043

Exhibit 4

**U.S. Department of Justice**
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Abdulmutallab, Umar F.    44107-039    H    Florence-ADX
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A – REASON FOR APPEAL**

The SAM does not allow me to correspond with Federal Public Defender of Arizona, Phoenix. I received a Return Correspondence notice of mail sent to me by the Capital Habeas Unit of the Federal Public Defender, Arizona and I would like to correspond with them as with other attorneys I want to represent me.

The SAM also puts Muslims and Aryan Brotherhood (A.B.) members in the same Unit even though some A.B.s continue to religiously harass Muslims whether they pray and at other times. I would like to be able to practice Religion without Harassment and this has continued even this year from 2012.

02-14-14
DATE                                    SIGNATURE OF REQUESTER

**Part B – RESPONSE**




DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE            CASE NUMBER: _____

**Part C – RECEIPT**
                                                         CASE NUMBER: 756645-R1

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE                                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BOP_00000044

UPN LVN                                                         **Exhibit 4**    BP-230(13) JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

Administrative Remedy Number: 756045-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on February 20, 2014, in which you request your Special Administrative Measures (SAMs) be modified to allow you communication with the Federal Public Defender's Office in Phoenix, Arizona, in order to seek representation.

We have reviewed your appeal and the Warden's response dated February 10, 2014. The United States Attorney General (USAG), pursuant to 28 C.F.R. § 501.3, has imposed SAMs in your case. The USAG may impose SAMs if there is a substantial risk that a prisoner's communications or contacts with persons could result in death or serious bodily injury to persons or substantial damage to property that would entail the risk of death or serious bodily injury to persons. These SAMs ordinarily may include housing the inmate in administrative detention and/or limiting certain privileges, including, but not limited to, correspondence, visiting, interviews with representatives of the news media, and use of the telephone, as is reasonably necessary to protect persons against the risk of acts of violence or terrorism. While the Bureau of Prisons (BOP) neither imposes nor rescinds SAMs, it implements the restrictions and can accommodate specific requests relating to the restrictions. Additionally, the BOP consults with other entities, when appropriate, in an attempt to resolve a concern. As indicated in the Warden's response, your requested SAMs modifications have been forwarded to the appropriate agencies. You will be notified of the decision to modify your SAMS.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

3-3-14
Date

_Paul M. Laird_, Regional Director

RECEIVED
MAR 10 2014
ADX Warden's Office

BOP_00000045

**Exhibit 4**

**BP-229 Response**         **Case Number: 756045-F1**

Your Request for Administrative Remedy dated October 28, 2013, and received in this office October 29, 2013, has been reviewed. A response to your request was due on December 8, 2013. The review of your Request for Administrative Remedy was delayed. You request that your Special Administrative Measures be modified to allow you to correspond with the Federal Public Defenders Office in Phoenix, Arizona.

A review of the issue raised in your Request for Administrative Remedy has been conducted. The results of the review revealed that a request for modification of your SAM has been submitted. Once a decision is made, you will be notified by a member of your Unit Team.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____         02/10/14
D. Berkebile, Warden               Date

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Abdulmutallab Umar F  44107-039  H  FL-ADX
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

I would like to be able to correspond with Federal Public Defender of Arizona, Phoenix. I received a Return Correspondence notice of mail sent to me by the Capital Habeous Unit of the Federal Public Defender, Arizona last month. I made request to Legal Department but I have not received a response.

10-28-13
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**










DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: 756045-F1

                                                          CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____  _____  _____  _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

                                                          BOP 00000047
DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    PRINTED ON RECYCLED PAPER                      Exhibit 4    BP-229(13) APRIL 1982

FCC1330.16A
**Administrative Remedy Program**
**Attachment 1**

## FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

Inmate Name: Abdulmutallab Umar    Reg. No.: 44107-039
Unit: H1                             Date: 10-9-13

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. **State Your complaint:** I received a Return Correspondence notice for mail by Federal Public Defender [Capital Habeas's Unit]

   (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. **State what actions you have made to informally resolve your complaint:** Spoken to staff member

3. **State what resolution you expect:** To be able to correspond with Federal Public Defender

Inmate's Signature: [signature]     Date: 10-9-13

**Correctional Counselor's Comments (Steps to Resolve):** Spoke with The Legal Dept, They stated because of your SAM restriction, you are not authorized to communicate with this person at this time.

Counselor's Signature: [signature]       Date: 10-10-13
Unit Manager's Review: [signature]       Date: 10/11/13
Informally Resolved:                     Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10-9-13 | 10-10-13 | 10-17-13 | 10-28-13 | |
| TIME | | | | | |
| COUNSELOR | S.K | S.K | SR | | |

BOP_00000048

**Exhibit 4**