**Administrative Remedy Number 768920-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you state your Special Administrative Measures (SAM) allows you to communicate with all of your family members. You also claim your sisters visited with you at FCI Milan in 2010, and request all of your family members be approved for visiting, phone calls and correspondence.

You have been advised that Bureau staff neither impose nor rescind SAM restrictions, but inform you of the SAM requirements and ensure the measures are followed. Bureau staff facilitates specific requests relating to the restrictions and to that effect, institution staff will consult with other entities when appropriate, in an attempt to resolve or accommodate such concerns.

Contact with immediate family members is allowed as long as there is no specific exception. Records show your SAM was modified on February 10, 2014, to include your uncle and step-brother for visiting, phone calls and correspondence. On May 7, 2014, your SAM was again modified to allow visiting, phone calls and correspondence with your two step-sisters. However, your recent request to communicate with the two family members (sisters) cited in your remedy was denied. You may contact your Unit Team to request communications with other extended family members if you desire. We encourage you to continue working with staff at ADX Florence to accommodate any of your needs in the future and to address any further concerns you may have.

This response is provided for informational purposes.

_11/13/2014_
Date

_[signature]_
Acting Administrator
National Inmate Appeals

BOP_00000062

**Exhibit 5**

**U.S. Department of Justice**  
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Abdulmutallab, Umar F.   44107-039   H   Florence ADX
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL**

On 01-15-13, my application to communicate with my sister Maryam Mutallab was rejected by the FBI. She is unable to visit me at the ADX even though she visited me at FCI Milan 2010. I would like all my family to be given approval for visit, phone and mail. My SAMs allows me to communicate with all my family members.

08-04-14  
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

---

DATE   GENERAL COUNSEL

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE   CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

DATE   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

BOP_00000063

**Exhibit 5**

BP-231(13)  
JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 768920-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on June 30, 2014, in which you request your Special Administrative Measures (SAMs) be modified to allow you to contact several of your family members.

We have reviewed your appeal and the Warden's response dated June 18, 2014. The United States Attorney General (USAG), pursuant to 28 C.F.R. § 501.3, has imposed Special Administrative Measures (SAMs) in your case. The USAG may impose SAMs if there is a substantial risk that a prisoner's communications or contacts with persons could result in death or serious bodily injury to persons or substantial damage to property that would entail the risk of death or serious bodily injury to persons. These SAMs ordinarily may include housing the inmate in administrative detention and/or limiting certain privileges, including, but not limited to, correspondence, visiting, interviews with representatives of the news media, and use of the telephone, as is reasonably necessary to protect persons against the risk of acts of violence or terrorism. While the Bureau of Prisons (BOP) neither imposes nor rescinds SAMs, it implements the restrictions and can accommodate specific requests relating to the restrictions. Additionally, the BOP consults with other entities, when appropriate, in an attempt to resolve a concern. As indicated in the Warden's response, your requested SAMs modifications have been forwarded to the appropriate agency.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

7-16/14
Date

Paul M. Laird, Regional Director

BOP_00000064

**Exhibit 5**

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Abdulmutallab Umar F   44107-039   H   ADX
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

On 01-15-17 my application to communicate with my sister Samira Mutallab was rejected by the FBI, and up to date my sister Maryam Mutallab is unable to visit me at the ADX even though she was approved to visit me by the FBI in 2010. I would like all my family who are given approval previously be allowed as well as for Maryam Mutallab, my sister. My SAM allows me to communicate with all family members.

06-25-14
DATE                                               SIGNATURE OF REQUESTER

**Part B - RESPONSE**




DATE                                               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE           CASE NUMBER: 768420-R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

_____                    _____
DATE                                       SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BOP_00000065

UPN LVN                                                   **Exhibit 5**    BP-230(13)
                                                                            JUNE 2002

**BP-229 Response**                      **Case Number:  768920-F1**

Your Request for Administrative Remedy dated January 30, 2014, and received in this office February 18, 2014, has been reviewed. A response to your request was due on March 30, 2014. The review of your Request for Administrative Remedy was delayed. Specifically, you are requesting that Special Administrative Measures ("SAM") be modified to allow you to communicate with several of your family members with whom you are currently prohibited from communicating.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The results of the review revealed that your request for a modification was forwarded to the supervising agencies for review and consideration. Once a decision is made, you will be notified by institution staff of the decision.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                  __04/18/14__
D. Berkebile, Warden                     Date

BOP_00000066

**Exhibit 5**

U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Abdulmutallab Umar F**   **44107-039**   **H**   **ADX Florence**
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT    INSTITUTION

### Part A- INMATE REQUEST

On 01-15-17 My application for my two sisters Sarah Mutallab and Maryam Mutallab were rejected by the FBI due to "security concerns" even though the SAMs allows for visit, phone and mail with family members and the two have visited me in 2010 in Milan FCI as well as speaking on the phone. I would like my two sisters to be given approval for visit, phone and mail

01-30-14
DATE                                            SIGNATURE OF REQUESTER

### Part B- RESPONSE

FEB 18

_____                    _____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: __768920-A1__

------------------------------------------------------------------

                                           CASE NUMBER: _____

### Part C- RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT    INSTITUTION

SUBJECT: _____

_____           _____
DATE                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                BOP_00000067

Exhibit 5

BP-229(13)
APRIL 1982