```
                REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 1, 2014



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : UMAR FAROUK ABDULMUTALLAB, 44107-039
      FLORENCE ADMAX USP    UNT: H    QTR: H04-404L
      PO BOX 8500
      FLORENCE, CO 81226



FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 774879-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : MAY 27, 2014
SUBJECT 1       : OTHER CLASSIFICATION MATTERS
SUBJECT 2       : OTHER INSTITUTION PROGRAMS
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,  REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 3: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 4: SEE REMARKS.

REMARKS        : CONCUR WITH THE PREVIOUS RATIONALE'S FOR REJECTION.
                 OBTAIN A STAFF MEMO STATING THE REASON FOR YOUR
                 UNTIMELY APPEAL FILING.
```

*RECEIVED JUL 07 2014 ADX Warden's Office*

ABDULMUTALLAB - 000337

Exhibit 6

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Abdulmutallab Umar F   44107-039   H   ADX-Florence
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A – REASON FOR APPEAL**

I was in Hospital after the Incident happened from 02-03-14. I did not have all my legal property so I could not adequately file incident. I returned to the unit and got all my property and legal material three weeks after. So I reinstate my request to be returned to Phase Two program of H-Unit without delay. I was removed after missing 9 trays due to Religious Harassment by two Trusty Inmates in the Unit starting 01-27-14. I did not violate any BOP or ADX regulations. The supplement FLM 5321.07(3)H1 "Special security Unit" H-Unit states in paragraph 01, a to 6 reasons for removal and nothing mentions Hunger Strike otherwise it would and should be mentioned specifically as reason for removal. Hunger strike is not illegal and has regulations in program statement 5562.05 and supplement FCC 5562.05L

05-21-14
DATE                                        SIGNATURE OF REQUESTER

**Part B – RESPONSE**



RECEIVED
MAY 27 2014
Administrative Remedy Office
Federal Bureau of Prisons

_____   _____   GENERAL COUNSEL
DATE                                        CASE NUMBER: _____
ORIGINAL: RETURN TO INMATE

**Part C – RECEIPT**
                                            CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

_____   _____   _____
DATE                                        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                  PRINTED ON RECYCLED PAPER                BP-231(13) JUNE 2002

ABDULMUTALLAB - 000338
Exhibit 6

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 5, 2014

*for SMS*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : UMAR FAROUK ABDULMUTALLAB, 44107-039
      FLORENCE ADMAX USP    UNT: H    QTR: H04-404L
      PO BOX 8500
      FLORENCE, CO 81226

RECEIVED MAY 13 2014 ADX Warden's Office

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 774879-R1       REGIONAL APPEAL
DATE RECEIVED  : MAY 5, 2014
SUBJECT 1      : OTHER CLASSIFICATION MATTERS
SUBJECT 2      : OTHER INSTITUTION PROGRAMS
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: SEE REMARKS.

REMARKS        : THE INCIDENT YOU REFERENCE OCCURRED IN JANUARY 2014.
                 YOU DID NOT ATTACH A COPY OF YOUR BP-8. CONCUR WITH
                 INSTITUTION'S RATIONALE FOR REJECTION.

ABDULMUTALLAB - 000340

Exhibit 6

**U.S. Department of Justice**  
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **Abdulmutallab, Umar F**   **44107-039**   **H**   **ADX Florence**
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL**

I was in Hospital after the Incident happened from 02-03-14. I did not have all my Legal property so I could not adequately file Incident. I returned to the Unit and got all my property and legal in the last week of February 2014 so reinstate my request to be returned to Phase Two program of H-Unit without delay. I was removed from Phase 2 after refusing 9 trays due to Religious Harassment by two trusty Inmates in H-Unit starting 02-27-14. I did not violate any BOP o-ADX rules or regulations. Re supplement FLM 5321.07(3) H "Special Security Unit" H Unit states in paragraph 01, as 5 reasons for removal and nothing mentions Hunger strike otherwise it would and should be mentioned specifically as reason for removal. Hunger strike is not illegal and even has regulations in program statement 5562.05 and supplement FCC 5562.05c.

05-01-14
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**



RECEIVED MAY - 5 2014 R1 REGIONAL DIRECTOR'S OFFICE NORTH CENTRAL REGION

_____ DATE _____   _____ REGIONAL DIRECTOR _____

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE   CASE NUMBER: **774879-R1**

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: _____

_____ DATE _____   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN   ♻ PRINTED ON RECYCLED PAPER   BP-230(13) JUNE 2002

ABDULMUTALLAB - 000341

**Exhibit 6**

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: APRIL 9, 2014


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : UMAR FAROUK ABDULMUTALLAB, 44107-039
      FLORENCE ADMAX USP    UNT: H    QTR: H04-404L
      PO BOX 8500
      FLORENCE,  CO 81226



FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 774879-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : APRIL 8, 2014
SUBJECT 1      : OTHER CLASSIFICATION MATTERS
SUBJECT 2      : OTHER INSTITUTION PROGRAMS
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REMARKS        : THE INCIDENT YOU REFERENCE OCCURRED IN JANUARY 2014.
                 YOUR REQUEST IS UNTIMELY.
```

*To Unit Team on APR 23*

ABDULMUTALLAB - 000344

**Exhibit 6**

**U.S. DEPARTMENT OF JUSTICE**      **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Abdulmutallab Umar F    44107-039    H    ADX Florence
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A— INMATE REQUEST**

On Jan 27, 2014 I started refusing food trays as a reaction to insults to Islam by two ADX Trusty Inmates. After refusing 9 trays, I was removed from Phase Two of H-Unit Step Down Program. I have not violated any BOP or ADX rules or regulations. The Institution Supplement FLM 5321.07(B)H "Special Security Unit" H-Unit states in paragraph 01, a & b the two reasons for removal from any Phase of the program and nothing in these reasons mentions Hunger Strike, otherwise it would and should be mentioned specifically in the Institution Supplement. Hunger Strike has rules/regulations in BOP Program Statement 5562.05 and complex supplement FCC 5562.05C. None of them say Hunger Strike is illegal so I should be reinstated to Phase Two without delay.

03-31-14
DATE               SIGNATURE OF REQUESTER

**Part B— RESPONSE**

RECEIVED
APR 0 8 2014
ADX AW Office

DATE            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE      CASE NUMBER: 774879-F1

CASE NUMBER: _____

**Part C— RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN     PRINTED ON RECYCLED PAPER

ABDULMUTALLAB - 000345

BP-229(13) APRIL 1982

**Exhibit 6**

FEDERAL CORRECTIONAL COMPLEX
ADX FLORENCE
ATTACHMENT 1 - RESPONSE TO REQUEST FOR INFORMAL RESOLUTION
ATTEMPT

Abdulmutallab, Umar
Reg. No. 44107-039
UNIT: H Unit

This is in response to your Informal Resolution Form received on March 17, 2014, in which you request to be returned to Phase Two.

In accordance with Institutional Supplement 5321.07(3)H, Special Security Unit, page 9, indicates an inmate may be removed from the second phase of the Program when the Unit team determines an inmate's behavior has deteriorated. On January 28, 2014 through January 30, 2014, you actively participated in a protest by missing nine consecutive meals. The result of your actions placed you on a hunger strike status. Your Unit Team does not believe this type of behavior warrants the additional privileges afforded to inmates in Phase Two of the Program.

I trust this responds to your concerns.

If you are not satisfied with this decision, you may appeal to the Warden on an Administrative Remedy Form BP-229.

ABDULMUTALLAB - 000349

Exhibit 6

CU#034

# UNITED STATES PENITENTIARY – ADMINISTRATIVE MAXIMUM
## FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

**Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.**

Inmate Name: Abdulmutallab Umar F          Reg. No. 44107-039
Unit: H                                     Date: 03-07-14

You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor. Please follow the three steps listed below:

1. **State your complaint:** On Jan 27, 2014 I started refusing food trays as a reaction to Insults to Islam, Muhammad (PBUH) and Quran by two AMX Tsvuty inmates. After refusing 9 meals, the Unit Manager removed me from Phase Two of H Unit step down Program. (cont'd)

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. **Briefly State what resolution you expect:** I request to be treated fairly and legally by reinstating me in Phase Two without delay.

Inmate's Signature: _____   Date: 03-07-14
Counselor's Signature: _____   Date: 3-11-14
Department Involved: Unit Team   Date Assigned: 3/17/14   Date Due: 3/21/14

Department Response regarding Complaint: See The attachment
_____
_____
_____

Dept. Hd. Signature (Complaint): T. Heyer          Date: 3/19/14
Unit Manager's Review: T. Heyer                     Date: 3/19/14
Informally Resolved: NO                             Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 2-25-14 | 3-11-14 | | | |
| TIME | | | | | |
| COUNSELOR | S.K | S.K | | | |

ABDULMUTALLAB - 000350
Exhibit 6

Abdulmutallab   Continuation Page   Phase 2 Reinstatement   03-07-14

I have not violated any BOP or ADX rules or regulations. The Institution Supplement FLM 5321.07(3)+1 "Special Security Unit" (H-Unit) states in paragraph D1, a§b that the two reasons for removal from any Phase of the program and nothing in these reasons mentions Hunger Strike and if Hunger Strike has anything to do with the removal from any Phase of the Program, it would and should be mentioned specifically in the Institution Supplement because Hunger Strike has rules and regulations in BOP Program Statement 5562.05 and Complex Supplement FCC 5562.05c which both of them never considered Hunger Strike as an illegal act, misbehavior or violation to any BOP or ADX rules and regulations.