Administrative Remedy Number 861387-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you contend your Special Administrative Measures (SAM), are violating your Constitutional Rights to freedom of religion, speech and gathering. You also allege a violation of due process, double jeopardy, excessive fines, and cruel and unusual punishment. You further raise communication, confinement and health concerns. You request for your SAM be removed.

You are aware that you are currently subject to SAM pursuant to 28 C.F.R. § 501.3. You have been advised that Bureau of Prisons (BOP) staff neither impose nor rescind SAM restrictions, but inform you of the SAM requirements and ensure the measures are followed. Staff can facilitate specific requests relating to the restrictions and will consult with other entities when appropriate, in an attempt to resolve or accommodate such concerns. The Attorney General determined it appropriate to initiate your SAM in March 2012 due to your proclivity for violence and your affiliation with and support of terrorist organizations.

As per the regulations regarding SAMs, found at 28 CFR § 501.3, these measures typically include limitations on correspondence, visiting, use of telephone, and other limitations for the purpose of protecting persons against the risk of death or serious bodily injury. It has been determined these limitations are reasonably necessary to protect persons against the risk of acts of violence and terrorism. They are intended to ensure your communications do not again jeopardize the safety or security of the public, other inmates, or staff. Although you may object to the provisions of the SAM, the restrictions in your SAM are constitutional. In addition, the continued need of your SAM is reviewed annually by the Assistant Deputy Attorney General and you are afforded a meaningful opportunity to be heard and defend yourself against the renewal of the SAM restrictions. Your concerns are taken into consideration and passed on to the appropriate parties involved. You may also request modifications to or express any concern you might have to institution staff. Furthermore, you have access to the Administrative Remedy Program where you may grieve any condition of your confinement, including your SAM.

As advised, your SAM will remain in place until it is determined they are no longer necessary. Accordingly, your appeal is denied.

8/23/16
Date

Ian Connors, Administrator
National Inmate Appeals

ABDULMUTALLAB - 000436
Exhibit 7

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Central Office Administrative Remedy Appeal**

861387-R2

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Abdulmutallab Umar F        44107-039        H        ADX
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Remedy process for SAM should not be necessary in civil suit because B.O.P can't rescind SAM. SAM violates 1st, 5th, 8th, 14th Amendments and should be removed; includes but not excludes freedom of Religion, speech, religious gathering, due process, double jeopardy, excessive fines, cruel and unusual punishment — denial of all above by delay in process, sham reviews, lack of evidence and fair hearing, no communication with extended family, sister (Maryam), and others, punishment by solitary confinement, sleep deprivation, inadequate Health service, no group prayer, religious ceremonies observed [Eid], availability of religious diet [Halal], denial of rights during non-violent hunger strike protest, religious Harassment, sexual harassment, freedom of press, legal services, email.

07-15-16
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JUL 27 2016
Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL
CASE NUMBER: 861387-A1

**Part C - RECEIPT**                                CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN        PRINTED ON RECYCLED PAPER

ABDULMUTALLAB - 000437

BP-231(13)
JUNE 2002

Exhibit 7

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 861387-R2

This is in response to your Regional Administrative Remedy Appeal received in this office on June 20, 2016, in which you object to the Special Administrative Measures (SAMs) imposed on you. For relief, you request your SAMs be removed.

We have reviewed your appeal and the Warden's response dated May 18, 2016. The United States Attorney General (USAG) may impose SAMs if there is a substantial risk that a prisoner's communications or contacts with persons could result in death or serious bodily injury to persons or substantial damage to property that would entail the risk of death or serious bodily injury to persons. These SAMs ordinarily may include housing the inmate in administrative detention and/or limiting certain privileges, including, but not limited to, correspondence, visiting, interviews with representatives of the news media, and use of the telephone, as is reasonably necessary to protect persons against the risk of acts of violence or terrorism. While the Bureau of Prisons neither imposes nor rescinds SAMs, it implements the restrictions and can accommodate specific requests relating to the restrictions. As the USAG has determined your particular SAMs are necessary, they will not be removed or modified at this time and will remain in effect until such time the USAG determines they are no longer warranted. Accordingly, the institution's decision is supported.

Based on the above, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

6/28/16
Date

Sara M. Revell, Regional Director

BOP_00000106

**Exhibit 7**

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Abdulmutallab Umar F__  __44107-039__  __H__  __ADX__
          LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

SAM not removed. Request S.A.M [Special Administrative Measures] removed

__05-23-16__
DATE                                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
MAY 3 1 2016
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

JUN 2 0 2016

_____                                _____
        DATE                                                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                                 CASE NUMBER: __861387-R2__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
                  LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                             _____
      DATE                                         SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                                   BOP_00000107

**Exhibit 7**    BP-230(13)
                 JUNE 2002

**BP-229 RESPONSE**                                      **Case Number: 861387-F1**

Your Request for Administrative Remedy dated April 15, 2016, and received in this office on April 18, 2016, has been reviewed. You request your Special Administrative Measures (SAM) restrictions be removed.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The results of the review reveal that the decision for your SAM was made by the appropriate agencies after careful review and analysis of your need for said SAM. Therefore, your SAM restrictions will not be removed at this time.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                          _5-18-16_
Jack Fox, Warden                                 Date

BOP_00000108

**Exhibit 7**

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Abdulmutallab, Umar F**    **44107-039**    **H**    **ADX**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A – INMATE REQUEST**

S.A.M [Special Administrative Measures] to be removed

04-15-16
DATE                            SIGNATURE OF REQUESTER

**Part B – RESPONSE**

DATE                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE       CASE NUMBER: 861387-F1

CASE NUMBER: _____

**Part C – RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BOP_00000109
BP-229(13)
APRIL 1982

**Exhibit 7**