Administrative Remedy No. 874164-A2
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal wherein you force feeding during a hunger strike leads to death, collapsed lungs, heart failure, PTSD, rupture of internal organs, severe bleeding, and emergency hospitalization. For relief, you request not to be force fed during hunger strikes.

We have reviewed documentation relevant to your appeal and, based on this information, concur with the manner in which the Warden and Regional Director addressed your issue at the time of your lower-level grievances. It is the responsibility of the Bureau of Prisons to monitor the health and welfare of individual inmates, and to ensure that procedures are pursued to preserve life. When an inmate's life or health is threatened, involuntary medical treatment will be administered. Program Statement 5562.05, <u>Hunger Strikes</u>, outlines the procedures staff members are to follow during a hunger strike. We find staff members are following PS 5562.05.

Accordingly, your appeal is denied.

_7\17\17_
Date

_____
Ian Connors, Administrator
National Inmate Appeals

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: MARCH 27, 2017

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : UMAR FAROUK ABDULMUTALLAB, 44107-039
      FLORENCE ADMAX USP     UNT: H    QTR: H02-201L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 874164-A2
DATE RECEIVED   : MARCH 2, 2017
RESPONSE DUE    : MAY 1, 2017
SUBJECT 1       : HUNGER STRIKES AND FORCED FEEDING
SUBJECT 2       :

| U.S. Department of Justice | Central Office Administrative Remedy Appeal |
|---|---|
| Federal Bureau of Prisons | 874164 |

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **Abdulmutallab Umar F**   **44107-039**   **H**   **ADX**
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

### Part A - REASON FOR APPEAL

Grievances not addressed: To be allowed to protest by hunger striking without being force-fed against my will. Many times it is necessary for me to raise legitimate grievances by hunger strike such as solitary confinement, SAMs, group prayer. I have been on hunger strikes five different times, force-fed many times, force taken in riot gear, helmets, shield forcefully extracted me, dragged me on the ground, restrained from head to toe, strapped to a chair, tube inserted in my nose, lungs - giving water burning sensation. Forced pending leads to death, collapsed lungs, heart failure, PTSD, rupture of internal organs, severe bleeding, emergency hospitalisation outside A.D.X

**1-17-17**
DATE                        SIGNATURE OF REQUESTER

### Part B - RESPONSE

_____   _____
DATE                         GENERAL COUNSEL

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE   CASE NUMBER: **874164-A1**

### Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

_____   _____
DATE                         SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BOP_00000111

UPN LVN                                                                            **Exhibit 8**   BP-231(13) JUNE 2002

**U. S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 874164-R2

This is in response to your Regional Administrative Remedy Appeal received on October 17, 2016. You allege your constitutional rights are being denied. For relief, your request to be allowed to hunger strike without being involuntarily fed.

We have reviewed the documentation related to your appeal. Based on this review, we concur with the manner in which the Warden addressed your concerns. Part of the mission of the Federal Bureau of Prisons is to confine offenders in a safe and humane environment. This is accomplished by following approved policies and procedures, to include Program Statement 5562.05, Hunger Strikes. You are encouraged to utilize the Administrative Remedy process to address any issues related to your confinement, rather than risking your life and safety by going on a hunger strike.

Based on these findings, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_11-10-16_
Date

Sara M. Revell, Regional Director

BOP_00000112

**Exhibit 8**

**U.S. Department of Justice**
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

874764

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Abdulmutallab Umar F. 44107-039  H  ADX
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION

**Part A - REASON FOR APPEAL**

My grievances not addressed: To be allowed to non-violently protest through hunger striking without being force-fed against my will as explained in policy statement 5562.05. On occasion it is necessary for me to hunger strike in order to raise legitimate grievances with my conditions of confinement. Force feeding violates the Religious Freedom and Restoration Act, 1st Amendment Freedom of expression and religion, 8th Amendment prohibition of cruel and unusual punishment, right to privacy, freedom from bodily intrusion, right to refuse treatment grounded in Due Process Clause of 5th Amendment.

10-06-16
DATE  SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____  _____
DATE  REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE  CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION
SUBJECT: _____

_____  _____
DATE  SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

BOP_00000113

**Exhibit 8**

BP-230(13)
JUNE 2002

**BP-229 RESPONSE**                                    **Case Number: 874164-F1**

Your Request for Administrative Remedy dated August 22, 2016, and received in this office on August 23, 2016, has been reviewed. You request to be allowed to hunger strike without being force fed as set forth in Program Statement No. 5562.05. You state it is necessary for you to hunger strike in order to raise grievances with conditions of your confinement, including harassment by other inmates due to your religion.

A review of the issue raised in your Request for Administrative Remedy has been conducted. As set forth in Program Statement No. 5562.05 – Hunger Strikes, "[i]t is the responsibility of the Bureau of Prisons to monitor the health and welfare of individual inmates, and to ensure that procedures are pursued to preserve life while an inmate is engaged in a hunger strike." To preserve life, involuntary treatment will be initiated immediately when a physician determines that that an inmate's life or health is threatened as a result of inadequate intake or abnormal output. With regard to your statement concerning grievances, grievances may be pursued through other avenues, including addressing any issues that arise with members of your Unit Team or the Special Investigative Services Department. You may also pursue any grievances through the Administrative Remedy Program.

Accordingly, this response for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                        9/12/16
Jack Fox, Complex Warden                        Date

BOP_00000114

**Exhibit 8**

**U.S. DEPARTMENT OF JUSTICE**            **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Abdulmutallab Umar F**    **4407-039**    **H**    **ADX**
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST**

To be allowed to non-violently protest through hunger striking without being force fed against my will as explained in Policy statement 5562.05. On occassion it is necessary for me to hunger strike in order to raise legitimate grievances with my conditions of confinement that are not adequately addressed by BOP staff including but not limited to: continued harassment by other inmates due to my religion such as during prayer time

08-22-15
DATE           SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE      CASE NUMBER: **874164-F1**

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE                           RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN      PRINTED ON RECYCLED PAPER      BOP_00000115      BP-229(13) APRIL 1982

**Exhibit 8**