**OCT 17 2017** REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 12, 2017

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : UMAR FAROUK ABDULMUTALLAB, 44107-039
      FLORENCE ADMAX USP    UNT: H    QTR: H04-407L
      PO BOX 8500
      FLORENCE, CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID         : 918220-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED     : OCTOBER 11, 2017
SUBJECT 1         : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2         :
INCIDENT RPT NO:

REJECT REASON 1:  YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                  THAN ONE INCIDENT REPORT (INCIDENT NUMBER). YOU MUST
                  FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                  OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 2:  DUE TO YOUR ALLEGATIONS, YOUR APPEAL IS BEING FORWARDED TO
                  ANOTHER DEPARTMENT FOR REVIEW; HWOEVER, YOUR APPEAL WAS
                  RETAINED IN ACCORDANCE WITH POLICY.

REMARKS           : COMPLAINTS INCLUDE: FEMALE STAFF SAW HIM USING
                    BATHROOM, MAIL DELIVERED UNTIMELY AND HAS NOT
                    RECEIVED 2 BOOK ORDERS FROM JULY.