**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   17-cv-02493-RM-KMT

UMAR FAROUK ABDULMUTALLAB,

    Plaintiff,

v.

WILLIAM P. BARR, Attorney General of the United States, in his official capacity,
FEDERAL BUREAU OF PRISONS, and
JOHN DOES 1 THROUGH 20, in their official capacities,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (Docs. 132 and 133) by Judge Raymond P. Moore entered on September 18, 2019, it is

ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

It is FURTHER ORDERED that this case is closed.

Dated this 17th day of September, 2019.

                        FOR THE COURT:
                        JEFFREY P. COLWELL

                        By:   s/C. Pearson
                            C. Pearson, Deputy Clerk